## AFFIDAVIT

Your affiant, Christopher Graham, being duly sworn, deposes and states:

### INTRODUCTION AND IDENTITY OF AFFIANT

1. This affidavit is offered in support of an application for search warrants of the premises known as ▬▬▬▬▬ Live Oak, Florida 32060, and for any devices on the person of DUSTIN EWARD should agents encounter him outside the premises, as well as for criminal complaints charging DUSTIN EWARD and GREG EWARD with unlawful possession and transfer of firearm silencers, in violation of 26 U.S.C. § 5861(d)-(e), and DUSTIN EWARD with threats against a federal law-enforcement officer, in violation of 18 U.S.C. § 115(a)(1)(B).

2. I am a task force officer assigned to the Federal Bureau of Investigation (FBI) Joint Terrorism Task Force, Jacksonville, Florida. I am also a special agent with the United States Naval Criminal Investigative Service (NCIS) and have been so employed since August 2005. Prior to being a special agent with NCIS, I was a special agent with the United States Drug Enforcement Administration (DEA) from August 2004 through July 2005. Prior to DEA, I was a special agent with the South Carolina Law Enforcement Division in South Carolina from January 1995 through July 2004. During this time, I have written federal and state search warrants and testified in federal and state grand juries related to various criminal violations. I have successfully completed the South Carolina Criminal Justice Academy Basic Law Enforcement Training, DEA Special Agent Training Program, as well as the

1

NCIS Special Agent Basic Training Program.   As part of my daily duties as an NCIS agent, I have investigated federal crimes to include sexual assault, child molestation, statutory rape, child physical abuse, aggravated assault, homicide, burglary, theft, firearms related violations (Title 18 and Title 26), and acts of terrorism.   Currently, as a task force officer, I am authorized by law or by a government agency to engage in or supervise the prevention, detection, investigation, or prosecution of violations of federal criminal laws.

3.   · Recently, I have been investigating Dustin Allen EWARD (DUSTIN) and Gregory Austin EWARD (GREG) for the unlawful possession and distribution of firearm silencers and, more recently, I have participated in the investigation of DUSTIN for making threats against federal-law enforcement officers.  This affidavit relates to that investigation.  The information in this affidavit is based on my personal knowledge, as well as information, knowledge, observations, and investigations of other federal, state, and local law-enforcement officers.  This affidavit is intended to show merely that there is sufficient probable cause for the issuance of the requested search warrants and criminal complaints.  It does not set forth all of my knowledge about this matter.

**Requested Search Warrants**

4.   Based on the information in this affidavit, I request that a warrant be issued authorizing the search of the premises known as ▇▇▇▇▇▇▇▇ Live Oak, Florida 32060 ("PREMISES"), as further described in Attachment A-1, and the

2

surrounding structures contained within the curtilage of the PREMISES, for the items described in Attachment B-1. In the event agents encounter DUSTIN outside the PREMISES, I am also requesting a warrant to seize any devices on the person of DUSTIN, as described in Attachment A-2, authorizing a search for evidence described in Attachment B-2. The PREMISES is a five-acre parcel that houses multiple structures, including a single story, double-wide mobile home residence, and a detached garage, which also houses a workshop. Two metal shipping containers are attached to the garage, and an RV-style camper is attached to the shipping containers. As further described in this affidavit, there is probable cause to believe that within the PREMISES, there are contraband, fruits of a crime and other items illegally possessed, property designed for use, intended for use, or used in committing a crime, as well as evidence of violations of 26 U.S.C. § 5861(d) (possession of firearms not registered in the National Firearms Registration and Transfer Record); 26 U.S.C. § 5861(e) (unlawful transfer of firearms); 18 U.S.C. § 1715 (mailing firearms capable of being concealed on the person); 18 U.S.C. § 115(a)(1)(B) (threat against a federal law-enforcement officer); and 18 U.S.C. § 875(c) (interstate threats to injure the person of another). These offenses are referred to collectively herein as the "Subject Offenses."

### Statutory Authority

5.    As detailed herein, DUSTIN and GREG are the subjects of an ATF, Bureau of Investigations (FBI), and the United States Postal Inspection

Service (USPIS) investigation into whether one or both have committed any of the Subject Offenses.  I know the following regarding these federal criminal violations:

      a.    18 U.S.C. § 875(c) provides, in pertinent part, that anyone who "transmits, in interstate commerce . . . any communication containing any threat to . . . injure the person of another" with the intent to communicate a true threat and with the knowledge that the communication would be viewed as a true threat, is guilty of a felony.

      b.    18 U.S.C. § 115(a)(1)(B) provides, in pertinent part, that anyone who "threatens to assault, . . . or murder, . . . a Federal law enforcement officer, . . . with intent to impede, intimidate, or interfere with such . . . law enforcement officer while engaged in the performance of official duties, or with intent to retaliate against such . . . law enforcement officer on account of the performance of official duties" is guilty of a felony.

      c.    18 U.S.C § 1715 provides, in pertinent part, that "[p]istols, revolvers, and other firearms capable of being concealed on the person are nonmailable and shall not be deposited or carried by the mails or delivered by any officer of employee of the postal service," and that "[w]hoever knowingly deposits for mailing or delivery, or knowingly causes to be delivered by mail according to the direction thereon . . . any pistol, revolver, or firearm declared nonmailable by this section" is guilty of a felony.

d.      In pertinent part, 26 U.S.C § 5861 criminalizes the following, as part of the National Firearms Act (NFA):

i.      Section 5861(d) provides that it is unlawful for a person "to receive or possess a firearm which is not registered to him in the National Firearms Registration and Transfer Record."

ii.      Section 5861(e) provides that it is unlawful for any person to transfer a firearm in violation of the provisions of the NFA.

e.      Under the NFA, "the term firearm" includes "any silencer," which is defined to include "any device for silencing, muffling, or diminishing the report of a portable firearm, including any combination of parts, designed or redesigned, and intended for the use in assembling or fabricating a firearm silencer or firearm muffler, any part intended only for use in such assembly or fabrication." 26 U.S.C. § 5845(a)(7) and 18 U.S.C. § 921(a)(4).

f.      NFA firearms are subject to registration requirements set forth in 26 U. S. C. § 5841.  The ATF maintains the required information in the National Firearms Registration and Transfer Record (NFRTR).

## II.    DUSTIN'S WEBSITE AND PERSONAL BLOG, HIS THREATENING COMMUNICATIONS, AND EWARD RESEARCH, INC.

### Brief Introduction of DUSTIN and GREG

6.      The FBI and ATF are investigating whether DUSTIN and GREG are violating the federal laws set forth above.  As described in detail below, the investigation has revealed that DUSTIN and GREG are immediate relatives—

5

DUSTIN is GREG's father.  According to information obtained from the Florida Driver and Vehicle Information Database (DAVID), DUSTIN, who is 45 years old, and GREG, who is 25 years old, both reside at the PREMISES.  DAVID information also indicates that DUSTIN and GREG have a blue Volkswagen, with license plate number GRFD4█ and a silver Hummer registered to both of them, and DUSTIN has a registered black Honda motorcycle.

7.       Information obtained from the Florida Secretary of State's website, Sunbiz.org, shows that DUSTIN and GREG's company, Eward Research Inc., was established in 2014, with the principal place of business listed as the PREMISES.  DUSTIN was listed in the Articles of Incorporation as the Incorporator and "P," presumably President, of the company.  The annual reports for the company filed in 2015 and 2016 list only DUSTIN as the CEO of the company.  The 2017 report reflects that DUSTIN remained CEO, but GREG was added as COO; the same is true for 2018.  In the 2019 annual report, however, GREG was named as the CEO and DUSTIN as the CTO.  According to the 2020 and 2021 reports, GREG and DUSTIN maintained these positions.  But the 2022 annual report, filed on April 27, 2022,[1] shows no reference whatsoever to DUSTIN: this report—filed very recently— lists only GREG as CEO.

---

[1]       As will be explained in greater detail below, I believe, based on the information in this affidavit, that DUSTIN has now removed his name from the company that he started and has operated with his son for years because of the actions he has taken recently and presumably, his desire to preserve some vestige of the company for his son.

Between April 27, -May 02, 2022 Law Enforcement conducted physical surveillance and observed the blue Volkswagen away from the premises in five (5) separate dates, and Greg in that vehicle on four (4) of the above mentioned dates.

8.     As described below, I have learned during this investigation that Eward Research Inc. is engaged in the unlawful sale of firearms parts via their website, ewardresearch.com.[2] This website displays DUSTIN and GREG's contact information, including their email addresses and the business's physical address (PREMISES).  Moreover, and detailed below, DUSTIN publishes a personal blog where he has posted various threats aimed at federal agencies.  This blog site is named conventionalstupidity.com, and it is directly linked to his business website, ewardresearch.com.  Screenshots of DUSTIN and GREG, which were downloaded from DAVID in or about November 2021, are included below:

DUSTIN:



~~ Enforcement conducted aerial surveillance on November 13 2021 bserved the Hummer parked on the premises. On April 08, April 19, 2022 the Hummer was observed by aerial surveillance parked at a different location on the premises. On April 30, 2022 the Hummer was observed by aerial surveillance driving on the premises.

---

[2]     Indeed, based on my knowledge of this investigation and review of ewardresearch.com, Eward Research Inc. is solely engaged in the unlawful sale of unregistered firearms and firearms parts.

GREG:



**PROBABLE CAUSE**

**<u>Leon Valley Texas Police Department Threats</u>**

9.     Two FBI Jacksonville Special Agents interviewed DUSTIN on July 24, 2018, near a gas station located in Live Oak, Florida, regarding comments he had made in a YouTube video about the Leon Valley Texas Police Department.  The comment, attributed to username gunthreadadapters.com, stated that it was "[o]pen season in Leon Valley. Kill them all, any cops seen in public, kill it immediately." The agents who conducted the interview prepared a report detailing DUSTIN's statements, and I have reviewed that report and have spoken to one of those agents. In the interview, DUSTIN confirmed that he and his son GREG lived at the PREMISES.  He also admitted that he had made the comments on YouTube and that gunthreadadapters.com was his YouTube username.  DUSTIN confirmed that

8

his intent in making the statements was to shine a light on what was coming if illegal actions by police officers continued.  He also said, in sum and substance, that once people's peaceful recourse has been exhausted, they will resort to violence.  Although DUSTIN told the agents that he did not want this violence to occur, he had posted the comments as a warning and to prevent lawless action.  DUSTIN said that he had no intent to kill law enforcement-officers or anyone else.  DUSTIN also admitted that he owned and operated gunthreadadapters.com and that he uses this website to produce and sell solvent traps and adaptors for firearms.  He stated that he operated the business out of his home and that GREG, his son, was the only other employee. DUSTIN told the agents that he had previously been employed as a machinist at Serbu Firearms in Tampa, Florida.  He acknowledged that he had been suicidal in the past, but he claimed that he no longer had any intention of harming himself. GREG was present during this interview.

## Solvent Traps

10.    Based on my training and experience, and my consultations with ATF agents, I have learned that a solvent trap, the item that DUSTIN told FBI agents he sold, is marketed as a device to attach to the muzzle of a firearm barrel allegedly designed to catch or trap dirty cleaning solvent pushed through the barrel from the chamber end and out through the muzzle.  Solvent traps are purportedly intended to prevent solvent from dripping, spraying, or spattering when pushed out the muzzle end of a firearm barrel.  But as further described below, DUSTIN also provides 3D

printed tools with his solvent traps that allow an end-user to drill center holes in the baffles and the front end-cap, thus assembling a firearm silencer.

### Multiple Firearms Purchase and Attempted Purchase of Machine Gun Parts

11.     In December 2019, DUSTIN attempted to buy four M2HB Retracting Slide Assemblies from a Federal Firearms Licensee (FFL) in Pennsylvania, through the FFL's website. I have reviewed ATF and Homeland Security Investigations (HSI) correspondence regarding this attempted purchase. The FFL contacted HSI agents because this transaction appeared to be suspicious. First, the retracting slide assembly is generally sold to FFLs in quantities of one, along with an NFA endorsement to manufacture machineguns. Based on my consultation with ATF, I've learned that while a retracting slide assembly does not require a federal firearms license to transfer, typically it is sold to individuals or businesses with licenses in accordance with the manufacturing and transferring of machine guns. Next, the FFL checked the ATF's FFL database and did not find DUSTIN's name or his shipping address. Moreover, the FFL looked up the IP address associated with the purchaser in the transaction and discovered that the IP address was assigned to a Thailand Internet Service Provider (ISP) that resolved to Thailand with the encrypted email address: camosoul@protonmail.com.

12.     I have reviewed the transaction document that the FFL provided to HSI. On the order, DUSTIN listed himself, and Eward Research, Inc., as both the payer and the receiver of the purchase. DUSTIN also listed the PREMISES as his

home address and telephone number ████████8329.[3]  The invoice further indicated

that DUSTIN had paid with a Mastercard ending in 7870.

13.     FBI Jacksonville analysts contacted the Royal Thailand Police and

confirmed that DUSTIN had traveled to Thailand on or about July 25, 2019,

through March 9, 2020, which is consistent with the time DUSTIN placed the order

with the FFL.

14.     ATF provided me with a report from their database showing that

DUSTIN had legally purchased multiple firearms on three different occasions.  For

example, on July 24, 2017, DUSTIN purchased 37 firearms, including five rifles, two

shotguns, and 30 lower receivers[4], all in a single transaction.  The Gun Control Act

(GCA) requires FFLs to send a report to ATF when there is a sale of multiple

firearms to the same purchaser within a certain time period.

### DASH Forum Threats and Username @camosoul

15.     On or about January 3, 2020, the FBI National Threat Operations

Center (NTOC), in Clarksburg, West Virginia, received an anonymous tip that the

username @camosoul had posted threats to an online platform called DASH Forum.

I have reviewed the NTOC report.  The threat posted by @camosoul referred to the

---

[3]     On April 13, 2022, Google provided information to the FBI showing that telephone number
████████8329 is assigned to subscriber Dustin Eward.

[4]     A frame or receiver is part of a firearm that, when the complete weapon is assembled, is
visible from the exterior and provides housing or a structure designed to hold or integrate one or
more fire control components, even if pins or other attachments are required to connect those
components to the housing or structure.

writer as not having anything to live for and posed the following question: "[W]hy I shouldn't just go on a shooting spree like everyone else persecuted and beaten down for being good and decent?"  The post also stated, "I'm dead no matter what.  Why not take those down with me who have tortured me like this for so many decades?"  NTOC personnel forwarded the tip to FBI investigators in Tampa, Florida, who conducted a preliminary assessment but eventually closed the assessment after finding no results on the username @camosoul.

### ATF Email Chain and Phone Call

16.    I have also reviewed a copy of an email chain between DUSTIN, using the email address emptythemagazine@gmail.com, and a representative from the ATF National Firearms Act Division.  In the email, dated July 19, 2020, DUSTIN contacted a general inquiry email address (eforms.admin@atf.gov) and expressed his concern that he had registered multiple NFA firearms in his business's name, Eward Research, Inc., but that he had "only built one of them" and that he "had a tube engraved for a second, and. . .in the process of building it."  He wanted to know what would happen to those firearms if his corporation were suspended.  DUSTIN claimed that the State of Florida was not acknowledging his purported submission of the required annual report.  In response, the ATF representative asked if DUSTIN had a license to sell firearms, and he said "no."  The ATF representative suggested that DUSTIN send the required documents to the state with a return receipt, which would prove that they had been received.  The ATF representative then added, "I'm

curious why you would wait almost five years to manufacture items approved in

2015 or 2017 (3 years)?"  DUSTIN then responded, in pertinent part, as follows:

- "Why not? I didn't realize I was on a deadline. I didn't anticipate that the United States would experience a communist coup from the inside and target me for persecution, either . . ."

- "I wanted to get in before the arbitrary rule change, since it wasn't clear that NFA Form 1 self-manufacture would even be possible anymore ... I threw in a bunch of forms for ideas I had that I might one day want to manufacture. My first form was rejected because I stated that the reason was 'because I'm in the mood,' even though this was the most accurate statement I could think of in the moment. I never read anything in the 2nd Amendment about a Form I, or needing to justify my Right with a reason, but I played along and now you're weaponizing it against me . . ."

- "It's not like I don't have the money to pay this extortion. I'm trying to make them take it. The money is clearly not the point... There must be an ulterior motive for this behavior ... Golly, I wonder what it could be ... Maybe, #KillAllWhiteMen? And you're in on it? Even though that's exactly what you're doing, I'm expected to gaslight myself and pretend it isn't so ..."

- "Should I just sit there and take it? Do I seem like the kind of guy who tolerates fraud and abuse from America-hating communist bureaucrats attempting an insurrection against my Republic?"

- "I'm asking for an option other than continuing to needlessly escalate hostility. Sure, we are enemies, (you hate America, I love America) but this doesn't have to become a war. Unless, of course, you insist... I've lived 42 years with threats against my life and freedom from corrupt Government. I'm used to it. I seem to be the only party trying to avoid the ultimate unpleassantness ..."

- "This communist coup is going to fail, so hitching your horse to that wagon isn't wise. Your friends who are looting, burning, and rioting are not going to win. I will not go quietly. Quit screwing with me. I'm letting you know in good faith that the State of Florida is lying and screwing with me. I can't force them to behave properly. What should I do with

these Form 1s? I've built only one of them (Zip410v2). I recently engraved the tube for the .223 suppressor and started the baffles, but hadn't finished it yet..."[5]

17.    I have also reviewed a report that an ATF analyst in the ATF Tallahassee Field Office prepared in late July 2020. According to that report, DUSTIN called the ATF Tallahassee office on July 21, 2020. DUSTIN stated that he owned Eward Research Inc., that the State of Florida was refusing to allow him to file his annual report, and that the failure to do this could ultimately lead to the dissolution of his business. DUSTIN also stated that if his business were to be dissolved, then he would be illegally in possession of firearms registered to that business. After the analyst acknowledged DUSTIN's complaint, DUSTIN said that he was not going to wait around for ATF Agents to "execute him" and that he would defend himself. The ATF analyst also reported that DUSTIN had said that he was, "locked and had loaded his magazines," and that he would defend himself if ATF "came for him."

## FBI NTOC Phone Calls in July 2020

18.    On or about July 21, 2020, DUSTIN called the FBI NTOC in Clarksburg, West Virginia, from telephone number ▌▌▌8329 to report that the State of Florida and the ATF were conspiring to kill him. This call was recorded, and I have listened to the recording. NTOC personnel also prepared a report about

---

[5]    I know based on training and experience and consultation with ATF agents that the term "suppressor" is synonymous with "silencer."

14

this call, which I have reviewed. In the recording, DUSTIN said that the State of

Florida had rejected Eward Research Inc.'s required annual report filing in June

2020[6], in which DUSTIN documented his possession of two items required to be

registered under the NFA. Based on my training and experience and knowledge of

this investigation, I understand that DUSTIN was referring to the Florida Secretary

of State, which is the state agency responsible for business registrations. During the

call, DUSTIN also stated that he believed that the ATF was targeting him, and he

accused the ATF of killing people—describing it as "what they do."

19.     The following day, July 22, 2020, DUSTIN once again called the FBI

NTOC to report that the ATF and the State of Florida were "going to kill him."

According to information from the NTOC, DUSTIN again called from phone

number▮▮▮▮▮▮8329. This call was recorded, and I have reviewed this recording.

In the recording, DUSTIN identified himself and provided his contact information,

including his phone number. DUSTIN stated that this was his "last try to do this in

a civilized manner." When the individual asked DUSTIN what he meant by "civil

manner," he obfuscated from answering the question directly but mentioned that

"several government entities are conspiring to do something very uncivilized to me."

He also mentioned that "when they [the government] show up, and they try to shoot

---

[6]     I have learned through this investigation that DUSTIN repeatedly mentioned the State of
Florida's rejection of his company's annual report in his various threatening communications with
several law-enforcement agencies, as partially set forth herein. DUSTIN also mentioned this event
in blog postings about "corruption" within the federal government. Sunbiz.org, however, shows
that Eward Research Inc.'s 2020 Annual Report was filed on June 30, 2020.

at me, I'm gonna shoot back.  I'm going to defend myself from criminals."  NTOC's personnel assured DUSTIN that this information was being documented and that the government's job is not to threaten him.

20.    On each of the calls to the FBI NTOC, DUSTIN provided his correct name, date of birth, telephone number, and zip code.

### 3D Gun-Printing Forum Threats

21.    FBI Jacksonville investigative analysts have advised me that in late October 2021, personnel in the FBI Los Angeles office identified a post from username @camosoul on an online 3D gun-printing forum.  On this forum, @camosoul posted statements regarding the federal government's alleged theft of his cryptocurrency.  The FBI analysts also advised me that FBI personnel in Los Angeles had observed that @camosoul had posted his websites, gunthreadadapters.com and ewardresearch.com on the forum.

22.    After reviewing information, including threatening language derived from the 3D gun-printing forum, FBI agents in Los Angeles opened a preliminary assessment of those threats along with what appeared to be the sale of firearm parts on the websites associated with @camosoul.  FBI agents in Los Angeles identified DUSTIN as the likely owner/operator of the website gunthreadadapters.com, based on searches for the username @camosoul in FBI databases, which revealed the previous preliminary assessment documented by FBI Tampa and DUSTIN's phone call to FBI NTOC, as well as through queries of open-source information.  Through

16

learned that FBI investigators in Los Angeles had identified DUSTIN's residence as

███████████ Live Oak, Florida 32060 (the PREMISES), his date of birth, social

security number, and the following email addresses associated with him:

dustin.e@gunthreadadapters.com, camosoul@protonmail.com,

dustineward@cs.com, and camosoul@gator3317.hostgator.com.  Upon concluding

that DUSTIN resided in the Jacksonville, Florida, area, the Los Angeles agents

transferred the preliminary assessment to FBI Jacksonville in October 2021.

### Eward Research Inc. and Website: www.ewardresearch.com

23.     I have spoken with FBI analysts in Jacksonville who told me that, on or

about November 9, 2021, they conducted a review of the website

gunthreadadapters.com and an open-source internet search.  The analysts then

located the website ewardresearch.com as being linked to gunthreadadapters.com.

In addition, this search revealed that DUSTIN owned 28 website domain names,

and 26 of those domain names were linked directly to ewardresearch.com, including

gunthreadadapter.com.  The operator of gunthreadadapter.com (presumably

DUSTIN) appeared to be transitioning to using ewardresearch.com as the primary

online business website.  The FBI analysts further informed me that both websites,

gunthreadadapters.com and ewardresearch.com, have the same Uniform Resource

Locater (URL), a unique identifier for a resource on the internet; it is also known as

a web address.  The FBI analysts also explained that they had observed a tab on

ewardresearch.com titled "1.5 in toobz" that, if selected, routed the user to a page

containing information on how to purchase "1.5 in toobz."[7]  Screenshots of

ewardresearch.com and the tab "1.5 in toobz," which were downloaded in or about

November 2021, are included below:



# ewardresearch.com

### When in the course of human events it becomes necessary...

how to buy — home — videos — acquire — 1.5 in toobz — 500 — handlebars — a-11 — vintage ...

Welcome to 1998. This page is best viewed with . . . . . . .

What happened? Why are you here? Why does the website look like this?

We've been cancelled from everything.

This website is being built from scratch because platforms/frameworks cannot be
trusted. I'm building everything myself with no outside help.

Also, this website is being hosted on the computer in my office because
webhosts cannot be trusted, either. No 3rd parties in some distant datacenter.
It's physically here in my house. Since we ditched windstream and went
cellular, it's much more reliable and much faster. But, may still be offline
from time to time when I make backups, etc...

\*.................................................\*...............................................\*

---

[7] DUSTIN uses the term "toobz" on his website for the metal cylinder that forms the outer structure
of his manufactured firearm silencer. The descriptor "1.5 in" refers to the diameter of the metal
cylinder.  I know, based on my training and experience, that the term tube or toob is commonly used
as slang terminology for a firearm silencer or suppressor.

18

The communist traitor US government stole nearly everything we had. Over $23,500,000.00. For the crime of being white. All I really want to do is load up some belts and let my M2s do the talking...

Camosoul's personal angry stuff is now moved to my old blog url ConventionalStupidity.com. Creating my own really simple blog software.

*..............................................*..............................................*

# ewardresearch.com

### When in the course of human events it becomes necessary...

## 100% MADE    THE USA

I love my country. I hate it's satanic, communist traitor government.

I originally had these set up as "kits," but I found that
too inflexible. What if someone wants to mix and match?
What if someone only wants to buy a toob and 2 end caps? It
made selling it as a package easier, but it was
abusive/coercive towards customers who didn't want the
whole thing, or wanted to swap internals around. Sure, this
is a little more complicated, but really not that hard to
understand.

We discourage direct-thread end caps, unless it's
impossible to avoid. Big Brain reasons. I'll explain it at
a future date.

You need to pick which type of ..... you want (if you
aleady own one, then this part is done).

*First*, pick the end cap that:

1) matches the adapter-type you have/want,
*and*
2) a DHPS end cap.

*Next*, you choose the length of toob you want

*Finally*, you fill it up with "things."

If you choose a #6 toob, 6 "things" fit in it. A #9 toob?
You guessed it; 9 "things" fit in it. #12 toob? ...if you
haven't sorted out how this works yet, your parents are
failures.

\*.............................................\*.............................................\*

20

https://ewardresearch.com/15traps.php

You guessed it; 9 "things" fit in it. #12 toob? ...if you
haven't sorted out how this works yet, your parents are
failures.

Also, Dorman 555-104. You're welcome.



\*...........................................\*...........................................\*



Items ~~crossed out~~ are out of stock.

Some of these items are in short supply.

| end caps for 1.5in toobz | | |
| --- | --- | --- |
| DHPS End Cap, drain hole/plug screw, 10-32 | 15EC-DHPS | $30.00 |
| 4003 End Cap, 3/4NPT, female | 15EC-4003 | $30.00 |
| 837 End Cap, 13/16-16, female | 15EC-837 | $30.00 |

https://enardresearch.com/15toos.pho

| | | |
|---|---|---|
| DHPS End Cap, drain hole/plug screw, 10-32 | 15EC-DHPS | $30.00 |
| 4003 End Cap, 3/4NPT, female | 15EC-4003 | $30.00 |
| S37 End Cap, 13/16-16, female | 15EC-S37 | $30.00 |

**1.5in toobz**

| | | | |
|---|---|---|---|
| #6 Toob, 4130 DOM, 5.125in long, 1.5in dia, sandblasted-and-Parkerized | 15TOOB-6 | $45.00 |
| #9 Toob, 4130 DOM, 7.375in long, 1.5in dia, sandblasted-and-Parkerized | 15TOOB-9 | $51.00 |
| #12 Toob, 4130 DOM, 9.625in long, 1.5in dia, sandblasted-and-Parkerized | 15TOOB-12 | $57.00 |

**"things" that go inside 1.5in toobz**

| | | |
|---|---|---|
| Aluminum Spool, 6061 Aluminum | 15SPOOL-6061 | $9.00 |
| Stainless Spool, 30X Stainless Steel | 15SPOOL-30X | $15.00 |
| #1 Spacer, sandblasted 4130 DOM, occupies the space of 1 "thing." | 15SPACER-1 | $9.00 |
| #2 Spacer, sandblasted 4130 DOM, occupies the space of 2 "things." | 15SPACER-2 | $9.00 |
| #4 Spacer, sandblasted 4130 DOM, occupies the space of 4 "things." | 15SPACER-4 | $9.00 |

\*.................................................\*.................................................\*



24. ·    The images above display screenshots of toobz, spacers, aluminum and

stainless spools, drain hole/plus screw (DHPS), and what is referred to as "things."

In addition, itemized prices and sizes are listed for each item, along with examples of

how to put these parts together.  Based on my training and experience, as well as

conversations with ATF special agents and firearms enforcement officers who have

been trained in the identification of NFA weapons, and my review of the ATF

Firearms Technology Criminal Branch Report of Technical Examination (described

in more detail later in the affidavit) for similar items purchased from

24

ewardresearch.com, I know that the items called "toobz" are composed of several components including, but not limited to, a threaded end cap, spacer, "things," aluminum and stainless spools, and a DHPS. Both end caps attach to the body of the "toobz" with one end designed to be threaded onto a muzzle device or directly onto a firearm's barrel. The spacers and "things," further identified as "aluminum spool" and "stainless spool," refer to the spacer and baffles found inside of the "toobz's" body. I further learned that simplistic silencers typically consist of these items—end-caps attached to each end of the hollow tube, which forms a blast chamber.

25. In addition, FBI Jacksonville analysts reviewed the "how to buy" tab on ewardresearch.com. I was informed that the "how to buy" tab includes instructions on how to purchase items from the website using cash or cryptocurrency. The website directed individuals making cash purchases to mail funds to "Eward Research, Inc.,      Live Oak, Florida 32060" (the PREMISES). To complete cryptocurrency purchases, customers are instructed to email "dustin dot e at eward research dot com," or "greg dot e at eward research dot com[8]." A screenshot of the "how to buy" tab, downloaded in or about November 2021, is included below:

---

[8] Based on my training and experience, and the knowledge of this investigation, experienced individuals will often spell out email addresses to avoid having their email address or contact information detected on their webpage during digital searches.

m/pay.php

# ewardresearch.com

When in the course of human events it becomes necessary...

how to buy — home — videos — adapters — how to lie — hurt — leadership — quiz — reviews

| Cash by Mail | Cryptocurrency |
|---|---|
| Write legibly. | 5% discount for paying with BTC. |
| | 10% discount for paying with DASH. |
| Include the address where you want your order sent. | Send us an email. |
| | We'll work something out. |
| Make sure the total is accurate. | |
| | dustin dot e at eward research dot com |
| I'll make change if you need it. | greg dot e at eward research dot com |
| Shipping is included in the prices. | Use   if you'd like. |
| Eward Research, Inc. | I'm working on an in-house cryptocurrency payment system. I don't |
| Live Oak, FL 32060 | know when, or even if, I can pull it off. |
| We have been banned from banks. We can't do anything with Checks or Money Orders. | For now, we have to do it manually. |

26.    As FBI agents further investigated ewardresearch.com in or about November

2021, I received a report from FBI analysts that other websites were linked to

ewardresearch.com. Those websites include BitChute, Odysee, and

"conventionalstupidity.com"—a personal blog. Based on open-source research, I

have learned that BitChute is a video-hosting service located in the United Kingdom

publicly recognized as a forum for extremists who espouse hate speech. Open-source

reports describe Odysee as another video-hosting service that is similar in many ways

to YouTube. BitChute (username: @Camosoul) and Odysee (username:

26

@ewardresearch.com) are directly linked to DUSTIN.  Screenshots of pertinent

BitChute and Odsyee pages downloaded in November 2021, as well as a screenshot

of DUSTIN in a video shooting what appears to be a zip gun (an NFA regulated

firearm described in detail below) posted to his Odysee account, are included below:



27



...pissin' on satanic commie traitors...

July 12th, 2021

44 views

🔥 5   👎 0   🔗 Support   ＋ Save   ⇄ Repost   ＜ Share   •••

https://odysee.com/@EwardResearch:9



27.     On or about November 9, 2021, FBI Jacksonville requested that an ATF agent review the information from the websites and video-hosting services mentioned above for possible violations of the NFA and other violations of federal firearm laws. Specifically, the ATF agent investigated whether DUSTIN was manufacturing illegal firearm silencers and marketing them as "solvent traps."

### Threats on Personal Blog: www.conventionalstupidy.com

28.     A short time later, FBI Jacksonville analysts reviewed DUSTIN's personal blog, www.conventionalstupidity.com (which, as mentioned above, was one of the links posted on ewardresearch.com). The FBI analysts discovered a blog post on November 8, 2021, that advocated the killing of politicians and members of the United States government. I have reviewed the following statements made on this post:

- "If there were even one decent person in this country, communist politicians would be getting assassinated left and right."

- "Yes. I am advocating violence. I am advocating killing. I'm advocating for fighting back against this unspeakable evil."

29.     These statements on www.conventionalstupidity.com were publicly accessible. I know this because the FBI analysts were able to use a public internet connection to search for and view the above-mentioned threats. Hyperlinks between conventionalstupidity.com and other publicly accessible websites attributed to DUSTIN, such as his YouTube channel, created an easily accessible network to navigate between each web page. Screenshots of this blog post are included below:

If there were even one decent person in this country, communist politicians would be getting assassinated left and right. Government would fear the people, as God and The Founders intended. We've lived with crimes against humanity for decades. They've terrorised us for decades. Government is not legitimate. It must be killed and destroyed. Legitimate Constitutional rule must be restored. There's only one way.

Yes. I am advocating violence. I am advocating killing. I'm advocating for fighting back against this unspeakable evil. I am not going to appologize or hide for being right and good. Fuck you for terrorizing decent people. Fuck you for persecuting the righteous and rewarding the sick and perverted. Fuck you for demonizing the truth and lauding lies. I know it's pointless and all you evil shitbags will keep laughing. I am right. You are wrong. I try to be a decent person, you seek out degneracy and evil every way you can. Fuck you. I will die on this hill I will take you with me you satanic, communist terrorists and worthless backstabbing cowards. I'm done living in this demented hell. I hate you all. I know evil willalways win and good will always lose. I'm happy to die and be mocked by you all. It's proof that the last bit of good in the world dies with me. You are all shit. It's waayyy past time to kill the terrorists, kill the traitors, kill the satanic degenerates. Say whatever you want about me. You are shit. The opinions of liars and cowards do not matter. You are the worthless shit that let everything go to hell.

\*...............................................\*...............................................\*

```
I die knowing that I am doing the right thing when no one else
will. Fuck you pieces of shit. If any among you have any concept
of morality or dignity left, you will do the same. Find some
satanic government and kill it. It doesn't matter where. Just do
you part. It may be a drop in the bucket, but drops add up.
Kill, kill and kill until you can't kill anymore. There is
nothng else left to do. Clinging to a fool's hope will only
condemn your children to hell. Plenty of people didnt't survive
the revolutionary war. Satanic communist government has declared
war, and they've been waging it longer than I've been alive.
Wake up, you worthless assholes! My death is a waste and I know
it. Fuck I hate you worthless losers...

It didn't have to be like this, but for your greedy, selfish,
lazy cowardice... You betrayed all the good people who warned
you. Evil is global now. There's nowhere to run. And still, you
take solace in calling me cazy or a glowie... Fuck you, you
worthless shitbags. Fuck you all.
```

\*..............................................\*..............................................\*

30.   The FBI analysts later discovered that there had been additional

threatening statements posted on www.conventionalstupidity.com on November 24,

2021, and November 26, 2021.  I have reviewed screenshots of the posts that

included the following statements:

- "Eventually, what little I have left will run out, and I will kill as many of you evil pieces of shit as I can."

- "Kill the government everywhere you can find it."

- "There is nothing more righteous and honorable than brutally and mercilessly slaughtering government."

Below, I provided the following screenshots of these threats:

camosoul Can you think of even one name?
20:11
11/24/2021 Can you think of even one person who is part of government (and most that aren't) that doesn't deerve to be gibbeted? I sure can't, and I've been trying to hours.

the more you torture me. The more you persecute me. The more you steal from me. The more you laugh about it... the more dedictead I become to giving it back to you. Keep pushing, you pieces of shit. Keep pushing... Eventually, what little I have left will run out, and I will kill as many of you evil pieces of shit as I can. I have no reason to do anything else. You've made it impossible for me to do anything else. I couldn't have a plan for somethng else even if I wanted to. You made it this way. You won't leave me alone. You keep attacking... Eventually, I'll have nothing left and I'll kill you until there's nothing left to kill. Never in the history of the world has there been an evil greater than you. It's not a desire. It's not an obsession. It's not a desire. It's not even an interest. I hate it. But, nonetheless, iIt's an onbligation of which you remind me every time you attack. All govermnet is evil and must be killed. All who support government are evil and must be killed. Your terrorism must end. The evil you generate must have consequences. This is a nation of evil and cowardice. No wonder God lets it burn.

I hate you degenerates more every day. When you finally get your wish and you finally destroy me completely, I will kill as many of you as I can.

*...............................................*...............................................*

32

.com

camosoul Some people get songs stuck in their head...
21:56

11/26/2021 "Our petitions have been slighted; our remonstrances have
produced additional violence and insult; our supplications have
been disregarded; and we have been spurned, with contempt, from
the foot of the throne. In vain, after these things, may we
indulge the fond hope of peace and reconciliation. There is no
longer any room for hope. If we wish to be free if we mean to
preserve inviolate those inestimable privileges for which we
have been so long contending if we mean not basely to abandon
the noble struggle in which we have been so long engaged, and
which we have pledged ourselves never to abandon until the
glorious object of our contest shall be obtained, we must fight!
I repeat it, sir, we must fight! An appeal to arms and to the
God of Hosts is all that is left us!"

You assholes don't even know who said that, do you?

I don't get to forget. It won't stop repeating through my head.
A strange problem for a man who can't remmeber shit...

Wake up you stupid soft cowards. This is war. It is upon you
whether you like it or not. **Kill the government everywhere you
find it.** Restore the true American tradition of government as a
fearful servant. Make it obey or die. It is our civic
responsibility and birthright as Americans to kill government.
*If you're not killing government then you hate America and you
hate your children.*

America was built to be the opposite of most countries. It
exists in spite of government, not because of it.

As jarring as those words are to you worthless brainwashed
pussies; you know it's true. Kill government before it kills
you. They're never going to stop.

They trarget people like me first, because I'm not a soft
coward. I am the thing they have to squash hardest. You
backstabbing, cowardly shits help them do it... How can moral
bankruptcy be a virtue? None of your excuses make sense and you
fucking know it.

Kill government. Kill them until it doesn't feel good anymore.
Yeah, I know... How could it **not** feel good to kill the greatest
evil that there ever was? It will never stop feeling good to do
what is right.

*................................................*............................................*

33

```
camosoul  Alex Jones aside...
    03:55
11/26/2021 Government is a satanic cult. I know them by their deeds.
           Government guards it's shitdemons jealpusly. they are it's
           ultimate weapons. They breed them with money they steal from us,
           and hold us hostage in our own land.

           But, it only works because this is a nation of cowards.

           Everywhere you look, the government has declared war on the
           people.
           You can try to write it off or twist it.
           You can call me crazy for speaking the truth.
           It's not going away. This ends in blood. They won't let it go
           any other way.
           The opportunities to find another option have all been scorned.
           Every olive branch pissed on with boisterous hubris.
           It's time to bring the ultimate stupidity that this satanic
           government has been hoping and dreaming of for decades.
           Government wants death and suffering immeasurable and unending.
           Give it to them.
           There is nothing more evil than government.
           There is nothing more righteous and honorable than brutally and
           mercilessly slaughtering government.
           For The Republic.
           For The Children.
           I will leave this world a better place by removing evil from it.
           I will do my part, however small it is.
           You cowards and backstabbers do not deserve my sacrifice.
           You are all worthless shit.
```

## Threats Against the ATF, FBI, and Other Federal Agencies

31.      On January 4, 2022, the FBI Jacksonville analysts reviewed DUSTIN's

personal blog www.conventionalstupidity.com.  I have spoken to the analysts who

conducted this review.  The FBI analysts discovered a post on the blog advocating

the killing of ATF personnel.  This post also contained a link to a December 8, 2021,

article from thefirearmblog.com titled, *SILENCER SATURDAY #209: Solvent Trapped – The ATF Warning Letter*. This article discussed the purchasing of solvent trap (silencer) conversion kits. The article included a copy of an ATF warning notice that had been sent to a customer of a vendor that the ATF had identified as selling illegal silencers. The ATF warning explained that the attempt or successful acquisition of one or more silencer kits, silencers, or silencer parts could result in a violation of federal law. DUSTIN posted the following statement regarding the ATF's warning letter:

> The ATF's mission statement is treason. Any contact with them should be met with immediate and extreme deadly force. Yes. Kill the ATF. They are traitors and domestic terrorists. Execution is the appropriate punishment, and We the People simply don't have any other options at our disposal.

32.     Screenshots of this post and ATF warning letter are included below:

# conventionalstupidity.com

...what are you homos doing here?

rants — ......

**camosoul** **Check out these ATF faggots.**
04:29
01/04/2022  ATF faggots. Nevermind that this article reads almost exactly
like my old website from about 9 years ago...

The ATF's mission statement is treason. Any contact with them
should be met with immediate and extreme deadly force.

Yes.

Kill the ATF. They are traitors and domestic terrorists.
Execution is the appropriate punishment, and We the People
simply don't have any other options at our disposal.

In case I wasn't clear. Yes. Kill the enemies of The Republic.
They have infiltrated us. They serve foreign powers. They
subvert and weaken us from within. They are saboteurs. Kill
them. Kill them. Kill them. This is exactly why we have the 2nd
Amendment. Which is exactly why they constantly infringe upon it
and persecute us for practicing it. You cannot make friends with
the devil.

They have been trying to destroy America for longer than I have
been alive. Etching away at us like acid. Slow-burn sedition is
still sedition.

Wake up. We are at war. The ATF is one of the many faces of the
enemy.

Fear of death is the beginning of slavery. Life as a slave is a
fate worse than death. It's an easy choice, unless you're a
domesticated, castrated, mindless coward...

*.............................................*.............................................*

36



**U.S. Department of Justice**

Bureau of Alcohol, Tobacco,
Firearms and Explosives
*1155 Brewery Park Boulevard, Suite 300*
*Detroit, Michigan 48207*

December 8, 2021

Diversified Machine Customer,

### WARNING NOTICE

### YOU MAY BE IN VIOLATION OF FEDERAL LAW

The Bureau of Alcohol, Tobacco, Firearms and Explosives (ATF) is responsible for enforcing Federal firearms laws. ATF has received information that you have acquired, or have attempted to acquire, one or more silencer kits/silencers or silencer parts from Diversified Machine/ https://diversified.machine.us, which have been determined to be silencers, none of which are registered to you in the National Firearms Registration and Transfer Record (NFRTR) as required by the National Firearms Act (NFA), Title 26 U.S.C. Chapter 53.

*This letter officially notifies you that it is a felony violation of Federal law to possess a silencer that is not registered to you and that any silencer devices that are unlawfully possessed are subject to seizure and forfeiture by the Federal government. Possession of any of the unregistered silencer devices could result in prosecution for criminal violations of Federal law as well as potential State violations. Any future purchase or possession of such devices can subject you to prosecution as well.*

The Gun Control Act, Title 18 U.S.C. Section 921(a)(24) defines the term "silencer" as:

"...any device for silencing, muffling, or diminishing the report of a portable firearm, including any combination of parts, designed or redesigned, and intended for use in assembling or fabricating a firearm silencer or firearm muffler, and any part intended only for use in such assembly or fabrication."

Title 26 U.S.C. Sections 5845(a)(7) & 5861(d) make it unlawful for anyone to possess a silencer as defined in Title 18 U.S.C. Section 921 that is not registered in accordance with the provisions of the NFA. Therefore, you cannot lawfully possess a silencer without first being a special occupational taxpayer and having the silencer registered in the NFRTR.

*Immediately contact your local ATF office at within 30 days of receipt of this letter to coordinate the abandonment of any silencers. Any future purchase or possession of such devices can subject you to prosecution as well.*

Keith Krolczyk
Acting Special Agent in Charge

SILENCER SATURDAY #209: Solvent Trapped -- The ATF Warning Letter

33.    I also reviewed posts that DUSTIN made on

www.conventionalstupidity.com on January 5, 2022[9].  These posts contained

statements about DUSTIN's intent to kill federal employees of multiple federal

agencies.  These statements include the following:

- "If you're reading this, and I know you are, FBI, IRS, DEA, ATF, SEC, FDA... I will choose my words just as carefully and with full knowledge of their meaning.  I will kill you.  I want to kill you.  I have a moral obligation to kill you..."

- "You are the enemy.  I will kill you."

- "Leave me alone.  This is your final warning.  After this, I will kill and kill and kill until it doesn't feel good anymore."

---

[9]On January 13, 2022, FBI NTOC received an anonymous tip from a person who read the threats posted on January 4, 2022, to conventionalstupidity.com.  I have reviewed this report.  The tipster was concerned about the threats and the potential violence to government officials and law enforcement personnel.  The tipster stated that they first observed DUSTIN's posted videos on YouTube, where they also noticed a hyperlink to ewardresearch.com, and then to conventionalstuipidy.com.

34.   Screenshots   of   these   posted   threats   are   included   below:

camosoul   I just wanted to be left alone, but the satanic, communist
   15:46   harridans just won't fuck off...
01/04/2022

Leave me alone. This is your final warning. After this, I will
kill and kill and kill untill it doesn't feel good anymore.
Which will never happen. Which is why I don't want to start... I
don't want to become this. Your death is well deserved. I have a
black mark on my soul not from killing, but from failing to
kill. My conscience wracks me, I will be free.

"Masculine republics give way to female
democracies and female democracies give way to
tyranny." - Aristotle

How many decades have I been telling you? But you won't listen.
You tell me I'm crazy even as it all comes true. I fucking hate
you.

Which is why the accusers and tormentors always preach "violence
isn't the answer." Yes. Yes it is. If violence isn't the answer,
why is it always their first and last response to everything?
Feeling that cognitive dissonance yet?

The time for killing is waayyy past due.

\*..............................................\*.............................................\*

I don't sleep with my rifle because I'm paranoid and afraid. I sleep with my rifle because I already know the pangs of guilt that come from not killing evil. I can think of no torture worse than having evil delivered directly to my doorstep, with the perfect demonstration of why it must be killed; and miss that moment.

Every society is created by men of virtue, and destroyed by evil women. History is littered with examples. and warnings "Do not give power to women and effeminate men."

\*...............................................\*...............................................\*

Get fucked. Where do you think this country came from? If you're reading this, and I know you are, FBI, IRS, DEA, ATF, SEC, FDA...

I will choose my words just as carefully and with full knowledge of their meaning. I will kill you. I want to kill you. I have a moral obligation to kill you. I have a duty to this once great Republic to kill you, because you are traitors destroying this Republic. Yes. I want to be clear. You are the enemy. I will kill you. It's coming because you refuse to back off. I will kill you.

\*...............................................\*...............................................\*

My conscience has tormented me because I have shirked this ethical and moral duty for too long. No more. I'm coming for you. I am hunting you down. I am killing you. You wanted a war. You spent decades pushing for this. Get fucked. It's killing time. I'm not waiting anymore. Your satanic reign of lies, hate, persecution, suffering and terror will be ended.

35.    FBI Jacksonville analysts also downloaded additional posts from www.conventionalstupidity.com on February 9, 2022.  I have reviewed these posts. One of DUSTIN's statements is: "We the People only have one option. Kill these evil motherfuckers."  The following are screenshots of the posted threats:

Defend yourself in court? Settle it in court? In front of the judge who created the whole set-up in the first place? Sure, that'll work out.

Who do you think told the officer to target this father and son? Who do you think came up with the story? Who do you think picked the complicit cop? Of course the cop feel confident. He already knows the judge came up with the whole thing. He knows he's covered. All he has to do is get the backup fools scared enough to play along.

We the People have only one option. Kill these evil motherfuckers. They don't prosecute flagrant child abuse. Promoting pedophilia. Chopping up a 4-year old's geniutals and replacing it with a fake opposite, calling them "trans." they lie about everything. They terrorize anyone who displays the slightest spark of virtue. Is it not yet obvious to you that the government is overtrhwon by the synagogue of satan? Are you fucking reatarded?

## Threats About Bombing a Federal Building

36.     FBI analysts reviewed and downloaded additional posts from

www.conventionalstupidity.com on February 11, 2022.  I have reviewed these posts

as well.  DUSTIN's threatening language escalated to the mention of bombing a

federal building: "Not only would I love to bomb a federal building full of shitdemon

traitors tot he [sic] human race; I'd like to blast giant holes in their chests with a

.50BMG and then fuck the exit wounds.  Then, I'd send the video to their traitor

parents."

37.     The February 11, 2022, post also included support for Timothy

McVeigh's actions in the 1995 Oklahoma City Bombing of the Alfred P. Murrah

Federal Building.  The following is a screenshot of the post:

```
ty.com
        camosoul Timothy McVeigh is a motherfucking hero.
           09:43
     02/11/2022 Who wouldn't want to bomb a federal building and a news network?
                You'd be insane not to want to kill and destroy as many of these
                evil so-called "people" and their monuments to satanic
                terrorism?

                Is it Tim's fault they're so fucking evil they use their own
                children as huiman shields?

*.......................................*...........................................*
```

You know what else? Not only would I love to bomb a federal
building full of shitdemon traitors tot he human race; I'd like
to blast giant holes in their chests with a .50BMG and then fuck
the exit wounds. Then, I'd send the video to their traitor
parents.

Yes, I'm getting a fatty just daydreaming about it.

No. I am not trolling. This is not dark, sarcastic humor. Every
decent Christian man should, very naturally, be enraged by the
obvious satanic cult that runs the entire world. Kill it.
Viciously.

### DUSTIN Threatens ATF and Acknowledges NFA Regulation

**("It does help if the product isn't marketed as a felony-in-a-box, and
actually does have multiple purposes, one of which is that, with a bit
of work it can be converted into a suppressor . . .")**

38.     On or about March 9, 2022, FBI analysts reviewed DUSTIN's business

website, ewardresearch.com. The website's homepage on that day, a download of

which I have reviewed, had been updated with information regarding the

enforcement of the NFA and acknowledging that products sold on

ewardresearch.com were intended to be converted into silencers. The post also

contained threats to kill anyone that attempted to enforce the NFA, and that

DUSTIN would no longer comply with the NFA. The statements on the homepage

included the following:

43

- "Yes. I will kill you. I will fight back against your threats and attacks. Maybe I will die in the process. You can only kill me once, you satanic terrorists. There's lots of you, and I have nothing left to lose."

- "I will kill them until I can't kill them anymore."

- "Death is an upgrade."

- "Any attempt to enforce this satanic degeneracy upon me will be met with deadly force. In case that wasn't clear: ATF: I will fucking kill you."

- "The best defense is a good offense… I could dump cataclysmic volumes of homemade napalm and 20mm incendiary into the nearest ATF office without any advance warning. But, that hasn't happened; Because I'm not the evil one."

I have included a screenshot of the downloaded March 9, 2022, post below:

Any attempt to enforce this satanic degeneracy upon me will be met with deadly force. In case that wasn't clear: ATF: I will fucking kill you. You are traitors to the human race. You are worse than war criminals. Your actions are a crime against humanity, if only a small part of the larger, global plan to destroy all that is good and decent. It does not matter how small a piece of this plan you are. You are comitting acts of war against humanity. You are not only traitors to America, but traitors against all of God's creation. Yes. I will kill you. I will fight back against your threats and attacks. Maybe I will die in the process. You can only kill me once, you satanic terrorists. There's lots of you, and I have nothing left to lose. The world has seen genocidal maiacs like you too many times, your MO is clear to us. killing you is a right, duty, and responsibility of all decent, respectable, intelligent people. The fact that it will also be pleasurable is merely a perk.

If all I manage to accomplish with my life is to die proving, to the morally bankrupt cowards that I call my countryment, that these false gods bleed; so be it. It's only a waste if you fail to learn from it. Their power is an illusion. These shitdemons bleed like any other man. I will kill them until I can't kill them anymore. Their war on humanity must end. We are not their slaves. We are not their pets. We are not their property. Fear of death is the beginning of slavery. They have made life a living hell. Death is an upgrade. They went too far and the fear of death no longger holds power over any but the most cowardly and morally bankrupt. The weak commit suicide. The righteous take the enemy with them. As many as possible.

Though it be frail, the arrow does not fear it's target.

A threat is a non sequitur. It has no outside stimulus. It is impossible to threaten those who perpetually threaten us. Killing the ATF, or advising them that I/we will kill them, is a response to their incessant attacks. It is not spontaneous or without merrit. When attacked, all we can do is advise of the consequences as a deterrance. We are the good guys. We don't want to resort to fire and blood. We do it only when our hand is forced by lesser men. The war against humanity is much more than the ATF, but they are a willing participant, and a key component. Humanity cannot be enslaved without first being disarmed. Don't let the motherfuckers play Orwellian word games. They constantly threaten us. Because I am a gentleman, I provide warning of the consequences; death. This quiet war to destroy all that is good and decent must finally be met with force. They have pressed this war to the ultimate stupidity. We have only one option left for dealing with them; to kill them.

I don't have to say so. I don't have to give warning. I don't have to give up the advantage of surprise. I don't have to wait for them and then respond defensively. The best defense is a good offense... I could dump cataclysmic volumes of homemade napalm and 20mm incendiary into the nearest ATF office without any advance warning. But, that hasn't happened; Because I'm not the evil one. The ATF are the evil ones. The enemies of The Republic and all of God's creation, did not have to storm the beaches. They were already here, waiting to be bought. The enemy is inside the gates, because it was always here. Our own government is the traitor.

45

39.     The FBI analysts also provided me with copies of screenshots they had made of a post on March 9, 2022, that was later deleted from the homepage of ewardresearch.com and reposted to www.conventionalstupidity.com on March 15, 2022.  These posts contain statements about the assembly of parts to make suppressors, DUSTIN's discontent toward NFA laws, as well as DUSTIN's intent to kill ATF agents.  These deleted and reposted statements include the following:

- "ATF must be destroyed, or the NFA repealed...or just ignored."

- "Take a few pictures of random pieces of steel bar, sheet, and tube. Done. Who's going to prove otherwise? Fuck you, ATF traitors."

- "This is part of why I expressly never made my part too easy to convert. I want you to learn."

- "No. I will not comply. . .I piss on the NFA."

- "It does help if the product isn't marketed as a felony-in-a-box, and actually does have multiple purposes, one of which is that, with a bit of work it can be converted into a suppressor . . ."

46

I have included below pertinent parts of this post:

No ar of it is a trity.

The more stupid, obnoxious, petty, childish and violent the government becomes, the more flagrant our defiance of it must also become.

The only thing effectively proven by the ATF, is that the ATF must be destroyed and the NFA repealed ... or just ignored.

Take a few pictures of random pieces of steel bar, sheet, and tube. Done. Who's going to prove otherwise? Fuck you, ATF traitors.

This is part of why I expressly never made my product too easy to convert. I want you to learn. I don't want you to become dependent on a supplier. But, human nature is to be lazy as shit. They'll take the crappiest option as long as it's the easiest option... They will buy a shitty, overpriced product that is "easy" over a superior, cheaper one that requires a little work.

\*.............................................\*.............................................\*

A law repugnant to the Constitution is no law; even if corrupt, traitor judges uphold it. We can read. We know the truth.

It does help if the product isn't marketed as felony-in-a-box, and actually does have multiple purposes, only one of which is that, with a bit of work, it can be converted into a suppressor if you so choose. So can fuel filters, oil filters, coke bottles, grease gun bodies, pillows, pieces of pipe, bamboo (OMG! CRIMINALIZE A PLANT!), quilt batting, steel wool, freeze plugs, screen, cheese graters, mesh, old underwear, toilet paper, etc... Suppressors are simple objects. You can make them from damn near anything, and plenty of stuff already exists which is 90+% of the way there.

\*.............................................\*.............................................\*

47

*We're forced to muffle our cars, but forbidden from muffling our guns. It makes no fucking sense. Wear ear muffs at the range! Operating guns in a large group, can't talk to each other! What could go wrong! It's amazing how easily propaganda warps the mind... Common sense is a crime. Shit, do you know how many examples of criminalized intellect there are now? Merely having an IQ above 80 will put you in prison.*

\*.............................................\*.............................................\*

*No. I will not comply. Not only have I no respect for the laws of satan, I have contempt for them. I piss on the NFA. I piss on all anti-gun laws.*

\*.............................................\*.............................................\*

40.    I also reviewed content from www.conventionalstupidity.com that FBI analysts downloaded on or about March 15, 2022.  On that day, a post contained threats to kill ATF Agents:

- The ATF are probably the worst traitors in the country. I don't say that because I'm a purveyor of solvent traps. I chose to be a purveyor of solvent traps because they need to be pursued.

- I will kill as many of these satanic traitors to the human race as I possibly can. disbanding, defunding, etc, is not good enough. All ATF Agents must be executed for treason. I will do my part.

I believe, through my consultation with the ATF and my knowledge of this investigation, that DUSTIN's statement about being "a purveyor of solvent traps because they need to be pursued," is referring to selling silencers for the purposes of pursuing the ATF.  A screenshot of the entire March 15, 2022, post is included below:

48

camosoul The ATF must be killed.
00:42
03/15/2022 The ATF are probably the worst traitors in the country. I don't
say that becauyse I'm a purveyor of solvent traps. I chose to
be a purveyor of solvent traps because they need to be pursued.



I will kill as many of these satanic traitors to the human race
as I possibly can.

disbanding, defunding, etc, is not good enough. All ATF Agents
must be executed for treason. I will do my part.

The founders would have been killing these evil pieces of shit
decades ago. Kill the ATF. Kill the ATF. Kill the ATF.

### DUSTIN Advocates for Killing of Cops

41.    FBI Jacksonville analysts again reviewed

www.conventionalstupidity.com on or about April 6, 2022, and I have reviewed the

content posted on that date.  DUSTIN advocated killing police officers in that post

because, "Police are the army of satan."  DUSTIN also stated: "Cops getting killed is

a good thing. It's like exorcizing a demon and sending it back to hell… Until every

49

last one of these traitors is dead, this is not America." A complete screenshot of the post is shown below:

Cops getting killed is a good thing. It's like exorcising a demon and sending it back to hell. It's a good thing. Kill more of them. Kill all of them. Until every last one of these traitors is dead, this is not America.

You dipshits say you want to take America back? Step 1: kill all the cops. If you were paying even the slightest bit of attention to reality, you'd want them dead, too. There is nothing more evil than the police.

To the people attacking cops. Shit, you are bad at this. Get yourself some real rifles and practice. have a plan. 17 dead out of 101 shot? Are you fucking retarded?

on the other end of it, cops are too comfortable. They're so accustomed to dealing with compl;ete retards, they cannot comprehend what someone like me could do to them... Don't fucking make me kill you motherfuckers. If I start killing these shitdemons, you can be motherfucking sure I'll have a waaayyy better ratio than 17:101.

### Threats Against ATF Jacksonville Special Agent M█ M█

42. On April 15, 2022, at approximately 4:45PM, DUSTIN called ATF SA M█ M█ from phone number █████ 8329. I have spoken to SA M█ about this call and have seen the report he made documenting the call. SA M█ was unaware of the identity of the caller at the moment he answered the call, and he did not record

50

the call.  After SA M█ answered the phone, a male voice asked if he was speaking

with Agent M█.  After SA M█ confirmed his identity, DUSTIN responded, "this

is Dustin."  DUSTIN then said that he had obtained SA M█'s contact information

through a subpoena that he had in his possession.  DUSTIN asked about the

circumstances of the subpoena, and SA M█ responded that he was not able to

comment on an ongoing investigation.[10]  SA M█ also asked several times whether

DUSTIN was attempting to intimidate him.  DUSTIN responded that he wanted to

know why the government was threatening him and why he was being targeted.

43.    Dustin then told SA M█ that he believed that the government was

corrupt and that he was not doing anything wrong.  He said that he was not going to

be bullied by tyrants and a corrupt system. DUSTIN also stated that he would not

comply with laws that he believed were unjust and that he was a victim of corrupt

government overreach.  DUSTIN then said that he was willing to die for his cause,

and he asked SA M█ whether he was willing to die as well.  Moreover, DUSTIN

told SA M█ that he knew exactly what he was writing about on the internet and

that his postings were crafted to convey exactly what he meant.  The conversation

lasted approximately five minutes.  After the call, SA M█ recognized the number

as having been associated with investigation into DUSTIN and Eward Research Inc.

The phone number had also been listed in DUSTIN's subscriber information

---

[10]    I know, based on information gathered in this investigation, that a company that had
received a subpoena relating to this investigation shortly before April 15, 2022, disclosed that
subpoena to DUSTIN.

provided by Google.  Further, the caller-identification feature on SA M█'s phone indicated that the call had originated from Live Oak, Florida, which is the location of the PREMISES.  Shortly after the phone call ended, SA M█ received an email at his ATF email address, from DUSTIN, using the camosoul@protonmail.com email address that ATF and FBI had previously attributed to DUSTIN through his attempted purchase of NFA firearm parts.  (And, as noted throughout this affidavit, blog posts, YouTube videos, and other media platforms that DUSTIN published or accessed all display the username: camosoul.)  Information obtained from Google on or about April 13, 2022, also listed camosoul@protonmail.com as DUSTIN's backup email address for his Gmail account emptythemagazine@gmail.com.

44.    According to an ATF Agent involved in this investigation, ATF emails are automatically routed through Department of Justice servers based in Virginia.

45.    A complete copy of DUSTIN's email to SA M█ is set forth below:

**M▮▮▮▮, M▮▮▮▮**

| | |
|---|---|
| **From:** | Dustin Eward <camosoul@protonmail.com> |
| **Sent:** | Friday, April 15, 2022 4:53 PM |
| **To:** | M▮▮▮  M▮▮▮ |
| **Subject:** | [EXTERNAL] I've been notified of your treason. |
| **Attachments:** | publickey - camosoul@protonmail.com - 0xBBBF9E1D.asc; signature.asc |

You have exposed yourself as a traitor and domestic terrorist serving the World Economic Forum.

I will not back down. I will not waste my time dealing with your corrupt system.

You are an enemy of all of God's creation.

Your actions are an act of war against all Americans, and I will respond accordingly.

You cannot intimidate me. You can only piss me off more. Your threats mean nothing. You already robbed me of my life's work. I have nothing left to lose. Arrest me? Kill me? so fucking what? Death is an upgrade. The only dream I have left is to take you with me.

You have chosen to persecute one of the men who just wanted to be left alone. You've been doing it for decades. This is the fucking line, you satanic piece of shit. No more.

You will call off your attack, or I will defend myself the only way I have left; with maximum violence. You have declared war against We the People. This will not go unanswered. Fuck you.

You've been pushing for a civil war by striking at the foundations of this nation. You want to kill ever man, woman, and child who opposes your WEF "Great Reset" agenda. Your organization has been engaged in sedition and treason since it's founding. You have have been attacking America longer than I have been alive.

Now, you have attacked a piece of it, me, that is not putting up with your demonic, communist shit anymore. I'm not going to play along like everyone else.

I know what you are even if you don't. I know the game is rigged. I'm not going to play it.

You have dedicated your life to destroying all that is good and decent, and striking at the foundations of this nation.

I'm willing to die in this fight.

Are you?

I will not submit to satanic traitors.

53

46.     Based on my training and experience, my knowledge of this investigation, and DUSTIN's own words, I believe that when DUSTIN stated in his email that he will use "maximum violence" if SA M█ doesn't "call off [his] attack," he means that he will physically harm, or kill, SA M█ if SA M█ does not shut down the ATF investigation.  I further believe that DUSTIN made his intent clear when he made the statement: "Arrest me? Kill me? so fucking what? Death is an upgrade. The only dream I have left is to take you with me."

47.     After DUSTIN had made these threats to SA M█, FBI Jacksonville analysts reviewed DUSTIN's personal YouTube channel (Odysee username: Eward Research Inc.), under the username "SolventTrap Dot com," on or about April 19, 2022.  In a video, DUSTIN referred to his phone conversation with SA M█ and stated that he had discovered a plot by several agencies to kill him.  I have reviewed this video.  At approximately the 8:15 timestamp in the YouTube video, DUSTIN stated that he hosts his website (ewardresearch.com) and its contents at his house.  He also explained that he uses a server in New Jersey to "bounce" the information off, but there is no stored data at that location.  At approximately the 10:22 timestamp of the YouTube video, DUSTIN stated, "I'm going to do what's right.  When these motherfuckers attack me, I'm grabbing my rifle and I'm going to kill as many of those motherfuckers as I can."  I believe, from information gathered in this investigation and provided in this affidavit, that DUSTIN is referring to agents or law enforcement when, or if, they attempt to take him into custody.

54

## FBI and ATF Issue Officer-Safety Bulletins

48.     In response to DUSTIN's multiple threats set forth above, I am aware

that the ATF and the FBI have issued officer safety bulletins to local, state, and

federal law enforcement advising agencies that DUSTIN has openly made threats to

kill federal law-enforcement officers and members of the government, that DUSTIN

is considered armed and dangerous, and to exercise extreme caution.

## DUSTIN Sends Email to the Governor of Florida

49.     On April 16, 2022, DUSTIN sent an email to the Governor of State of

Florida from his camosoul@protonmail.com email address.  I have reviewed this

email and the following is a summary, in pertinent parts, of the email.  The subject of

the email was titled, "The Deep State will be murdering me soon," and the first three

sentences of this email stated the following, "The next Ruby Ridge is at my place.

Probably within the next few months.  Don't let me die for nothing."  In the email,

DUSTIN discussed his discovery of a federal subpoena issued by a "multi-agency

plot against me."  DUSTIN further stated, "they finally forced me into a corner with

no way out. Criminalize, then kill."  DUSTIN wrote that he will fight the

government as the founders intended, "with my rifle. It's all I've got left. . .death is

an upgrade anyway. These pieces of shit have been planning to push me into the next

Ruby Ridge for a decade now."  DUSTIN continued, "As soon as they move against

me, my only counter-move is to start shooting."  Throughout the email, DUSTIN

emphasized his disgust for the government and ended the email with "Don't let me die for nothing."

## III. UNDERCOVER PURCHASES OF SILENCERS FROM EWARD RESEARCH, INC.

### First Undercover Purchase of Silencers

50.     I know, based on consultation with an ATF agent, that on January 14, 2022, another ATF agent with the Internet Investigations Center (IIC) initiated contact, as an Undercover (UC), with DUSTIN and GREG via the email addresses provided in the payment information and ordering section of ewardresearch.com. The UC initiated this contact from outside the state of Florida.  The email addresses listed were "dustin dot e at eward research dot com" (dustin.e@ewardresearch.com) and "greg dot e at eward research dot com" (greg.e@ewardresearch.com).  The UC informed me that experienced individuals will often spell out email addresses to avoid having their email address or contact information detected on their webpage. The UC also advised that individuals engaged in criminal activity will use this known technique to avoid moderation efforts or attempts for the information to be picked up by programs scanning the internet to collect information.  The payment and ordering section also provided options for items ordered through ewardresearch.com and stated that cryptocurrency, specifically DASH or Bitcoin, was the preferred method of payment.  I have reviewed the following message the UC sent to both email addresses in a single email:

- Howdy, I wanna buy and I can do bitcoin.  Like to do a 3/4 end cap and #6 Toob with all Stainless Spool with 3 spacers.  Is that about right for config?  Let me know and I can send payment and shipping.  Just got into bitcoin, but should be able to send easy.

51.    DUSTIN responded to the UC with the following message:

- Greetings.  DASH is better.  No harder to get or use.  Greater discount. Bitcoin sold out and became government coin back in 2014.
  1x 15EC-DHPS
  1x 15EC-4003

  1x 15TOOB-6
  3x 15SPOOL-30X
  3x 15SPACER-1
  $177
  I     have     a     calculator     for     current     crypto     prices     here: https://ewardresearch.com/test_crypto_api.php
  Punch in 177, hit calculate.  It instructs you from there.
  Need a "ship to" address.

52.    The UC provided DUSTIN with a shipping address and elected to

order two suspected firearms silencers.  On January 22, 2022, DUSTIN replied with

the following email:

- I didn't mean to leave you hanging. Government terrorism is relentless...All 3 of our vehicles have been destroyed, probably beyond repair. We have no way of getting to town now. A friend has volunteered to mail packages on Monday.  I won't be accepting any more orders. No one had our backs.  We're done. Only Chinese shell companies get to do business in America now.

The UC replied to DUSTIN on January 23, 2022, with the following:

- Its all good, just trying to get my stuff to prep. [W]hat the heck happened?

57

53.     After not hearing back from DUSTIN, the UC sent DUSTIN a follow-up email on January 27, 2022, that stated the following:

- Hey man, just checking if my stuff got sent.  Hadn't gotten any packages yet.

54.     On January 28, 2022, DUSTIN replied to the UC with the following statements:

- There were several 3D printed items that should have been in the box, Greg forgot. Arranging to get them in the box when we have no cars is a pita. I know this sucks. It's why we're not taking any more orders right now. You just got caught in the middle because you made an order literally a few hours before all this happened.

- You have not been forgotten. We're on it. We're just stuck and slow right now. I have the missing parts sitting on the kitchen island so we can't miss it and see it several times a day to remind us not to screw up again.

- Greg got most of the TDI back together today. I'm still waiting on the steering parts for the Hummer…Worst case, its coming Monday. Hopefully, we get it out tomorrow.

55.     The UC converted ATF Agent Cashier Funds to DASH cryptocurrency and provided DUSTIN with 2.68011980 in DASH coin via the internet, or the equivalent of $353.44.

### GREG Mails Silencers to ATF

56.     On or about February 4, 2022, an Inspector with the United States Postal Inspection Service advised an ATF agent working on this investigation that, based on the tracking information from the mailed package, he was able to determine that the package had been shipped from the USPS Facility in Lake City, Florida.  I

have spoken to the ATF agent about this. The USPIS Inspector also reported that the postage had been paid in cash. An ATF agent obtained and reviewed video recordings taken on January 31, 2022, from inside the Lake City post office. I have reviewed those videos. In the recordings, I observed a man appearing to be GREG paying to ship the package. The man observed on the video is consistent with photographs of GREG on his Facebook page, as well as photographs in DAVID. The following is an image of GREG (in the lower right of the photo) at the USPS Facility in Lake City, Florida:



59

## GREG's YouTube Video

57.    In addition to the above photograph, FBI Jacksonville analysts later performed open-source database searches on the internet and discovered a YouTube video posted by the username Keegenke. FBI analysts observed a man in the video appearing to be GREG operating heavy machinery. In the video, the person filming pointed to GREG and the machine and called it a "sandblaster." I have reviewed the downloaded video. Based on my knowledge of this investigation, my review of videos posted to DUSTIN's websites, investigative photographs of the PREMISES, and my consultation with FBI analysts, I believe that Keegenke's posted video was filmed at the PREMISES. In addition, ewardresearch.com markets sandblasted "toobs" on their website and describes them as "sandblasted-and-Parkerized." The following is a screenshot of GREG in Keegenke's video downloaded in April 2022, and a screenshot of sandblasted toobs listed on ewardresearch.com:



*...............................................*...............................................*

60



Nevah bin dun bee-4
Keegenke

## Receipt of Silencers from Eward Research, Inc.

58.     On February 2, 2022, an ATF agent retrieved a package from an ATF-controlled undercover location.  The exterior of the package did not identify the addressee by name, but it displayed a United States Postal Service (USPS) generated label with tracking number 9505511921512031645986.  I have spoken with the ATF agent who picked up the package.  He told me that the package contained the following hand-written return address, ██████████ Live Oak, FL 32060, but no

specified individual or entity was listed.  As set forth above, this is the address of the PREMISES, which is both the residence of DUSTIN and GREG and the business address for Eward Research Inc.

59.    ATF agents later opened the package to examine the contents.  ATF personnel took photographs of the process and documented it in an ATF Report of Investigation.  The package contained what appeared to be two completely assembled, suspected firearm silencers and three orange, 3D- printed tools, which accompanied each suspected firearm silencer.  The items appeared to be substantially the same as depicted on the website ewardresearch.com.

60.    One of the ATF agents who opened the package from DUSTIN then repackaged the items and shipped both suspected silencers to the ATF Firearms Technology Branch in February 2022.  The following photos are items purchased from ewardresearch.com on January 14, 2022:





64



## Second Undercover Purchase of Silencers

61.   On February 8, 2022, the same UC sent an email to

greg.e@ewardresearch.com, or "greg dot e at eward research dot com," as listed on

ewardresearch.com.  The UC wrote the following to GREG:

- Odysee is on point. Looking to get a 13/16-16 end cap and #6 with 3
  stainless spools and 3 aluminum spools. Shipping to 141 Jefferson
  Davis Hwy, #105, Aiken, SC 29801. I got dash on deck. Hit me back.

62.   GREG did not respond to the UC's email.

63.   On February 11, 2022, the UC sent this follow-up message to

dustin.e@ewardresearch.com:

- I emailed the other address the other day, but never got a response. Saw
  ya'lls videos on odysee, they seem on point and I want to order.
  Looking to get a 13/16-16 end cap and #6 with 3 stainless spools and 3
  aluminum spools. Shipping to 141 Jefferson Davis Hwy, #105, Aiken,
  SC 29801. I got dash on deck. Hit me back.

64.   On February 12, 2022, dustin.e@ewardresearch.com, which had "Dustin

Eward" as an embedded name header, replied to the UC with the following message:

- Greetings.  Greg sometimes takes a while to respond.  I'll take care of it,
  no worries.  There needs to be at least 1 spacer.  So, 1x spacer and 5x
  spools in a #6 tube.  Do you have an S37 (13/16-16tpi) adapter for your
  barrel?  You didn't say you wanted one, so the tally below DOES NOT
  include one.  If you need one, just tell me your barrel threads. They're
  not expensive.  I don't know your application details (so I don't know if
  this is appropriate), but the most common arrangement is:
  S37 end cap $30
  DHPS end cap $30
  1x spacer $9
  2x stainless spools $30 ($15 x2)
  3x aluminum spools $27 ($9 x3)
  1x #6 toob $45

$171 total
This includes a few 3d printed tools as well.  Wrenches.  Jig.  Below is a
crypto price calculator I made.  It's essentially the early stages of the
crypto payment system I'm working on.  It's a bit rough, but it's helpful.
https://ewardresearch.com/test_crypto_api.php  Put $171 in it, click
the button, it will take the discounts off and convert it to BTC and
DASH for you.  It also shows the address you should use to send
payment.  It would be helpful if you send me the TXID when complete.
Or, you can send cash.  Either works.  Thanks for the opportunity.

65.    Based on my consultation with the ATF agent, I knew the word "Jig"

meant a template or guide for drilling an appropriate perforation for use in

converting the item into a functional firearm silencer.

66.    The UC transferred approximately 1.72390025 DASH coin, which is

equivalent to $186.24, on February 12, 2022, from ATF Investigative Funds to

DUSTIN via the internet.  On February 18, 2022, the UC reached back out to

dustin.e@ewardresearch.com about the shipping status of the purchased item.  On

February 22, 2022, dustin.e@ewardresearch.com responded that the package should

have arrived; he then followed with another message containing the USPS tracking

number 95055122884320476519.  That same day, the UC contacted an ATF

Jacksonville agent and stated that the UC had retrieved the package from an

undercover location controlled by ATF, which the agent had used as a shipping

address.  Like the previous package from Eward Research Inc., this package did not

specify the addressee's name.

## ATF's Technical Examination Report

67.     I have reviewed a technical examination report generated on February

14, 2022, by the ATF Firearms Technology Criminal Branch.  A Firearms

Enforcement Officer (FEO) examined both items the UC purchased on January 14,

2022, from www.ewardresearch.com.  The FEO determined that both items were

"firearms silencers" as defined by 18 U.S.C. § 921(a)(24), and 26 U.S.C. § 5845(a)(7).

Additionally, both items did not have NFA manufacturer markings for identification

or serial numbers, as required by 26 U.S.C. § 5842.

68.     Based on my training, experience, and conversations with ATF Agents,

I know that, pursuant to 26 U.S.C. § 5845(a)(7), the NFA defines the term "firearm"

to include "any silencers" as defined in 18 U.S.C. § 921(a)(24) of the Gun Control

Act (GCA).  As set forth above, 18 U.S.C. § 921(a)(24) defines the terms "firearm

silencer" and "firearm muffler" as "any device for silencing, muffling, or diminishing

the report of a portable firearm, including any combination of parts, designed, or

redesigned, and intended for use in assembling or fabricating a firearm silencer or

firearm muffler, and any part intended only for use in such assembly or fabrication."

Furthermore, the ATF Firearms Technology Criminal Branch[11] advises that, "A part

need not be one hundred percent complete in order to be considered a "silencer part"

---

[11]     Pursuant to the GCA and NFA, the Attorney General provides ATF with the authority to
investigate, administer, and enforce the laws related to firearms.  The ATF Firearms and
Ammunition Technology Division provides expert technical support on firearms and ammunition to
federal, state, and local law enforcement agencies.  This language was derived from an ATF
Firearms Technology Branch Report that was generated after their review of two devices received
from an ATF undercover purchase from ewardresearch.com, as further described below.

as regulated under the GCA and NFA.  It need only be manufactured to the point where a critical line has been crossed or critical feature(s) formed to make it recognizable as a silencer part.  Once completed to the point of recognition, a part must be regulated as the completed silencer part(s).  Therefore, a component, part, assembly, or end item, need only be completed to the point at which it can be recognized as a regulated item based on the objective characteristics of that item which identifies the device as a regulated article."

### Receipt of Second Silencer Purchase

69.     On February 24, 2022, an ATF Jacksonville agent took custody of the third firearm silencer purchased by the UC on February 8, 2022.  Like the first package, the return address was handwritten and listed the address of the PREMISES without specifying an individual or entity.  I have spoken to the agent about this package as well.

70.     The ATF agent opened the package to examine the contents. Photographs were taken throughout the process.  The package contained one suspected firearm silencer that appeared to be completely assembled.  The package also contained two orange and one black, 3D printed tools accompanying the suspected firearm silencer.

71.     The ATF agent examined the parts sent in the package and determined that they would need further testing and evaluation from ATF Firearms Technology Criminal Branch.  He packaged the items for storage, and they were placed into the

ATF Jacksonville Vault for safekeeping and later submitted to the ATF Firearms Technology Criminal Branch. The items in the second package also appear to be substantially the same as the depicted items on www.ewardresearch.com.

72.      On April 26, 2022, the ATF Firearms Technology Criminal Branch determined that the item that the UC had purchased from Eward Research Inc. on February 8, 2022, is "a device for silencing, muffling, or diminishing the report of a portable firearm; therefore it is a 'firearm silencer' by definition."

73.      The USPIS Inspector who had assisted with the first package confirmed that the USPS-generated tracking number found on the second package indicated that the shipment had been mailed from the Live Oak, Florida post office on February 16, 2022. In addition, the Inspector was able to determine that the postage had been purchased with cash and that there was no video recording of the post office's interior. I have reviewed a report regarding the Inspector's findings.

### ATF National Firearms and Transfer Record Search

74.      On April 1, 2022, an ATF agent initiated an ATF National Firearms Registration and Transfer Record search to ascertain whether DUSTIN, GREG, or Eward Research Inc., had any NFA items registered to them. The search revealed that neither DUSTIN nor GREG was an FFL. In addition, the search indicated that Eward Research Inc. has five "zip guns" registered as Any Other Weapons (AOW), and four silencers registered as NFA firearms.[12] I have reviewed copies of the

---

[12]      Zip guns are generally homemade firearms consisting of a barrel, breechblock, and a firing

registration forms.  Legal possession of firearm silencers and AOWs requires

registration to an individual, trust, or corporation in the National Firearms

Registration and Transfer Record.  Further, no registered items may be transferred

without an FFL completing the appropriate forms, and if necessary, paying the

applicable tax, as required by the NFA.

75.     On April 4, 2022, the UC, who was located outside the State of Florida,

confirmed that once he had accessed ewardresearch.com, he was able to readily

navigate to conventionalstupidity.com.  While the UC was viewing

conventionalstupidity.com, the UC was able to utilize a hyperlink entitled "rants."

After clicking that hyperlink, the UC was then able to view DUSTIN's blog postings,

dated from November 2, 2021, through April 4, 2022.  The UC and an ATF agent,

with whom I have consulted, observed that some of the posts documented earlier in

this affidavit had since been deleted and were no longer visible.  A Jacksonville FBI

analyst also told me that he was able to navigate from DUSTIN's YouTube account

to ewardresearch.com via a hyperlink that DUSTIN had posted in a video's

description.  After he had accessed ewardresearch.com, the FBI analyst told me that

---

mechanism. Edward Research markets zip guns on their website and DUSTIN posted a video of
him demonstrating and/or using a zip gun on ewardresearch.com.

he had selected a second hyperlink to conventionalstupidity.com, which led him to DUSTIN's blog posts.

## IV. COMPUTERS, ELECTRONIC STORAGE AND FORENSIC ANALYSIS

76.     As described above and in Attachments B-1 and B-2, this application seeks permission to search for records that might be found on the PREMISES, in whatever form they are found.  One form in which the records might be found is data stored on a computer's hard drive or other storage media.  Thus, the warrants applied for would authorize the seizure of electronic storage media or, potentially, the copying of electronically stored information, all under Rule 41(e)(2)(B).

77.     *Probable cause.*  I submit that if a computer or storage medium is found on the PREMISES, there is probable cause to believe those records will be stored on that computer or storage medium, for at least the following reasons:

a.     Based on my knowledge, training, and experience, I know that computer files or remnants of such files can be recovered months or even years after they have been downloaded onto a storage medium, deleted, or viewed via the Internet.  Electronic files downloaded to a storage medium can be stored for years at little or no cost.  Even when files have been deleted, they can be recovered months or years later using forensic tools.  This is so because when a person "deletes" a file on a computer, the data contained in the file does not actually

72

disappear; rather, that data remains on the storage medium until it is overwritten by new data.

b.      Therefore, deleted files, or remnants of deleted files, may reside in free space or slack space—that is, in space on the storage medium that is not currently being used by an active file—for long periods of time before they are overwritten.  In addition, a computer's operating system may also keep a record of deleted data in a "swap" or "recovery" file.

c.      Wholly apart from user-generated files, computer storage media—in particular, computers' internal hard drives—contain electronic evidence of how a computer has been used, what it has been used for, and who has used it.  To give a few examples, this forensic evidence can take the form of operating system configurations, artifacts from operating system or application operation, file system data structures, and virtual memory "swap" or paging files.  Computer users typically do not erase or delete this evidence, because special software is typically required for that task.  However, it is technically possible to delete this information.

d.      Similarly, files that have been viewed via the Internet are sometimes automatically downloaded into a temporary Internet directory or "cache."

78.   *Forensic evidence.*  As further described in Attachments B-1 and B-2, this application seeks permission to locate not only computer files that might serve as direct evidence of the crimes described on the warrant, but also for forensic electronic evidence that establishes how computers were used, the purpose of their use, who used them, and when. There is probable cause to believe that this forensic electronic evidence will be on any storage medium in the PREMISES because:

a.   Data on the storage medium can provide evidence of a file that was once on the storage medium but has since been deleted or edited, or of a deleted portion of a file (such as a paragraph that has been deleted from a word processing file). Virtual memory paging systems can leave traces of information on the storage medium that show what tasks and processes were recently active.  Web browsers, e-mail programs, and chat programs store configuration information on the storage medium that can reveal information such as online nicknames and passwords. Operating systems can record additional information, such as the attachment of peripherals, the attachment of USB flash storage devices or other external storage media, and the times the computer was in use. Computer file systems can record information about the dates files were created and the sequence in which they were created, although this information can later be falsified.

74

b.  As explained herein, information stored within a computer and other electronic storage media may provide crucial evidence of the "who, what, why, when, where, and how" of the criminal conduct under investigation, thus enabling the United States to establish and prove each element or alternatively, to exclude the innocent from further suspicion.  In my training and experience, information stored within a computer or storage media (e.g., registry information, communications, images and movies, transactional information, records of session times and durations, internet history, and anti-virus, spyware, and malware detection programs) can indicate who has used or controlled the computer or storage media.  This "user attribution" evidence is analogous to the search for "indicia of occupancy" while executing a search warrant at a residence.  The existence or absence of anti-virus, spyware, and malware detection programs may indicate whether the computer was remotely accessed, thus inculpating or exculpating the computer owner.  Further, computer and storage media activity can indicate how and when the computer or storage media was accessed or used.  For example, as described herein, computers typically contain information that log: computer user account session times and durations, computer activity associated with user accounts, electronic storage media that connected with the computer, and the IP addresses

75

through which the computer accessed networks and the internet.  Such

information allows investigators to understand the chronological

context of computer or electronic storage media access, use, and events

relating to the crime under investigation.  Additionally, some

information stored within a computer or electronic storage media may

provide crucial evidence relating to the physical location of other

evidence and the suspect.  For example, images stored on a computer

may both show a particular location and have geolocation information

incorporated into its file data.  Such file data typically also contains

information indicating when the file or image was created.  The

existence of such image files, along with external device connection

logs, may also indicate the presence of additional electronic storage

media (e.g., a digital camera or cellular phone with an incorporated

camera).  The geographic and timeline information described herein

may either inculpate or exculpate the computer user.  Last, information

stored within a computer may provide relevant insight into the

computer user's state of mind as it relates to the offense under

investigation.  For example, information within the computer may

indicate the owner's motive and intent to commit a crime (e.g., internet

searches indicating criminal planning), or consciousness of guilt (e.g.,

running a "wiping" program to destroy evidence on the computer or

76

password protecting/encrypting such evidence in an effort to conceal it from law enforcement).

c.  A person with appropriate familiarity with how a computer works can, after examining this forensic evidence in its proper context, draw conclusions about how computers were used, the purpose of their use, who used them, and when.

d.  The process of identifying the exact files, blocks, registry entries, logs, or other forms of forensic evidence on a storage medium that are necessary to draw an accurate conclusion is a dynamic process. While it is possible to specify in advance the records to be sought, computer evidence is not always data that can be merely reviewed by a review team and passed along to investigators. Whether data stored on a computer is evidence may depend on other information stored on the computer and the application of knowledge about how a computer behaves. Therefore, contextual information necessary to understand other evidence also falls within the scope of the warrants.

e.  Further, in finding evidence of how a computer was used, the purpose of its use, who used it, and when, sometimes it is necessary to establish that a particular thing is not present on a storage medium. For example, the presence or absence of counter-forensic programs or anti-

virus programs (and associated data) may be relevant to establishing the user's intent.

79.     *Necessity of seizing or copying entire computers or storage media.* In most cases, a thorough search of a premises for information that might be stored on storage media often requires the seizure of the physical storage media and later off-site review consistent with the warrant. In lieu of removing storage media from the premises, it is sometimes possible to make an image copy of storage media. Generally speaking, imaging is the taking of a complete electronic picture of the computer's data, including all hidden sectors and deleted files. Either seizure or imaging is often necessary to ensure the accuracy and completeness of data recorded on the storage media, and to prevent the loss of the data either from accidental or intentional destruction. This is true because of the following:

a.     The time required for an examination. As noted above, not all evidence takes the form of documents and files that can be easily viewed on site. Analyzing evidence of how a computer has been used, what it has been used for, and who has used it requires considerable time, and taking that much time on premises could be unreasonable. As explained above, because the warrants call for forensic electronic evidence, it is exceedingly likely that it will be necessary to thoroughly examine storage media to obtain evidence. Storage media can store a large

volume of information.  Reviewing that information for things described in the warrants can take weeks or months, depending on the volume of data stored, and would be impractical and invasive to attempt on-site.

b.    Technical requirements.  Computers can be configured in several different ways, featuring a variety of different operating systems, application software, and configurations.  Therefore, searching them sometimes requires tools or knowledge that might not be present on the search site.  The vast array of computer hardware and software available makes it difficult to know before a search what tools or knowledge will be required to analyze the system and its data on the Premises.  However, taking the storage media off-site and reviewing it in a controlled environment will allow its examination with the proper tools and knowledge.

c.    Variety of forms of electronic media.  Records sought under these warrants could be stored in a variety of storage media formats that may require off-site reviewing with specialized forensic tools.

80.    *Nature of examination.*  Based on the foregoing, and consistent with Rule 41(e)(2)(B), the warrants I am applying for would permit seizing, imaging, or otherwise copying storage media that reasonably appear to contain some or all of the

79

evidence described in the warrants, and would authorize a later review of the media or information consistent with the warrants. The later review may require techniques, including but not limited to computer-assisted scans of the entire medium, that might expose many parts of a hard drive to human inspection in order to determine whether it is evidence described by the warrant.

81.    *Biometric data to unlock cellular telephones.* As described in Attachments B-1 and B-2, I am requesting warrants that would permit, during the execution of the search warrants, to obtain from DUSTIN EWARD (but not any other individuals present at the PREMISES at the time of execution of the warrant) the compelled display of any physical biometric characteristics (such as fingerprint/thumbprint, facial characteristics, or iris display) necessary to unlock any cellular telephone(s) requiring such biometric access that are subject to seizure pursuant to these warrants for which law enforcement has reasonable suspicion that the aforementioned person's physical biometric characteristics will unlock the cellular telephone(s).

82.    Under the requested warrants, while attempting to unlock the cellular telephone by use of the compelled display of biometric characteristics pursuant to these warrants, law enforcement would not be authorized to demand that the aforementioned person state or otherwise provide the password or identify the specific biometric characteristics (including the unique finger(s) or other physical features), that may be used to unlock or access the cellular telephone(s). Nor do the requested warrants authorize law enforcement to use the fact that the warrants allow

law enforcement to obtain the display of any biometric characteristics to compel the aforementioned person(s) to state or otherwise provide that information.  However, the voluntary disclosure of such information by the aforementioned person is permitted.  To avoid confusion on that point, if agents in executing the warrants ask any of the aforementioned person for the password to any cellular telephone(s), or to identify which biometric characteristic (including the unique finger(s) or other physical features) unlocks any cellular telephone(s), the agents will not state or otherwise imply that the warrants require the person to provide such information, and will make clear that providing any such information is voluntary and that the person is free to refuse the request.

83.     Under the requested warrants, if DUSTIN EWARD refuses to allow law-enforcement agents to apply his biometric characteristics to any cellular telephone seized pursuant to these warrants in a manner consistent with the warrants, he will be ordered to appear before United States Magistrate Judge Patricia D. Barksdale in Jacksonville, Florida, to show cause why he should not be held in contempt for failing to comply with a valid court order.

84.     Based on my training and experience, I know that people who possess guns, and other contraband in the Middle District of Florida, often use their cell phones and computers to capture and store images or video recordings of such contraband – sometimes called "trophy photos."  They also often share these images or video recordings with associates using email, text messaging, or other forms of

communication on their cellphone or computer such as online social networking services.  Similarly, they often refer to their guns and other contraband in text messages, emails, or other written communications that are carried out by and stored on their cell phone and/or computer.  These communications, images, and video recordings can be evidence of a perpetrator's prior possession of a weapon or contraband, and of his or her knowledge and intent relating to such possession.

85.    Based on my training and experience, I know that crimes carried out by more than one person often involve some amount of communication among those involved.  This may involve working out details of and preparing to carry out a premeditated crime, or simply arranging to meet up someplace where an unplanned crime would later occur.  Either way, I know from training and experience that cell phones, email, text messaging, or other forms of communication via cell phone and computer and are often used for this purpose and that a cell phone or computer recovered from a participant in such criminal activity often contains evidence of communication among accomplices.

86.    Based the information described above, as well as my training and experience, I know that firearms traffickers and persons conducting online sales of illicit items often keep expensive records of their transactions, including customer information, shipping, and payment information.  I also know that this information can be inadvertently stored on a computer or other data storage devices through Random Access Memory and file path information.  It is also common to utilize

storage devices to document proceeds by co-conspirators so that the proceeds generated can be distributed evenly. Further, I know based on case information that to send, receive, and process cryptocurrency transactions, DUSTIN and GREG must use internal and external storage devices to keep and maintain digital wallets to store the accumulated cryptocurrency.

87.     Based on my training and experience, I know that individuals usually carry their personal devices with them—cellular phones, tablets, and/or laptops—when traveling away from their residence. Indeed, federal agents may encounter DUSTIN away from the PREMISES when they arrest him, and it is reasonable to believe that DUSTIN will have his personal devices on him at that time.

## CONCLUSION

88.     Based on the foregoing, there is probable cause to believe that DUSTIN and GREG are engaged in the unlawful possession and transfer of firearm silencers, in violation of 26 U.S.C. § 5861(e) and that they did knowingly deposit firearm silencers for mailing or delivery, or knowingly cause firearm silencers to be delivered by mail, in violation of 18 U.S.C. § 1715, and that evidence of this violation will also be contained within the PREMISES for above-mentioned reasons. Further, there is probable cause to believe that DUSTIN and GREG are in possession of firearm silencers that are not registered to them in the National Firearms Registration and Transfer Record, in violation of 26 U.S.C. § 5861(d), and that evidence of this crime is located within the PREMISES. Moreover, there is probable cause to believe that

83

DUSTIN knowingly made threats via the internet to federal law-enforcement officers, in violations of 18 U.S.C. §§ 115(a)(1)(B), and 875(c), and that evidence of these threats will be found on the devices located within the PREMISES.

89.     I respectfully request that this Court issue search warrants authorizing the search of the PREMISES, as further described in Attachment A-1, for evidence of the above-mentioned offenses, as further described in Attachment B-1, and for any devices on the person of DUSTIN EWARD should agents encounter him outside the PREMISES, as further described in Attachment A-2, for evidence of the above-mentioned offenses, as further described in Attachment B-2.  Further, I respectfully request the issuance of criminal complaints charging DUSTIN EWARD and GREG EWARD with unlawful possession and transfer of firearm silencers, in violation of 26 U.S.C. § 5861(d)-(e), and DUSTIN EWARD with threats against a federal law-enforcement officer, in violation of 18 U.S.C. § 115(a)(1)(B).

### Good Cause for an Any Time Execution

90.     I further request that this Court authorize the execution of the search warrants and criminal complaints at any time of the day or night.  Indeed, there is good cause to believe that executing the warrants during the daytime may seriously jeopardize the safety of law enforcement for the following reasons: (1) DUSTIN and GREG are more likely to be asleep at night; (2) agents would benefit from the cover of darkness, which would allow for greater flexibility at night; (3) DUSTIN has made multiple threats to kill federal agents and law enforcement; (4) DUSTIN has publicly

84

stated that he will kill federal agents if they come for him; and (5) DUSTIN has made statements about being a martyr for his beliefs.

I state that the above information is true and correct to the best of my knowledge, and respectfully requests that the search warrants be issued.

Respectfully submitted,

Christopher Graham
Task Force Officer, FBI

Subscribed and sworn to via telephonic means this _3rd_ day of May, 2022, at Jacksonville, Florida.

PATRICIA D. BARKSDALE
United States Magistrate Judge
Middle District of Florida

**ATTACHMENT A-1**
Location to be Searched:

    The location to be searched, referred to as the "PREMISES," is a five-acre parcel located at ███████████ Live Oak, Florida 32060, in Suwannee County, within the Middle District of Florida. The PREMISES houses multiple structures, which are all subject to the search authorized here.

    The PREMISES includes a single story, double-wide mobile home residence with brown manufactured exterior with off-white trim and side skirting and a brown roof. There is a small wooden set of stairs and porch leading to the primary entry door of the residence. The PREMISES includes detached garage located to the west of the primary residence. The garage includes a workshop and is composed of a tan structure with a grey or white metal roof. Also attached to the garage are two red and rust colored metal shipping containers, which are attached to the west side of the garage. Attached to the shipping containers is a RV-style camper, which is off-white in color and touches the north side of the shipping containers. Agents are authorized to search all structures located on the PREMISES. Agents also are authorized to search a Blue 2001 Volkswagen 4-door sedan with license plate ███████ and VIN ███████████6339 if it is present at the PREMISES at the time this warrant is executed.

    A photograph of the detached garage, shipping containers, and camper, which was taken on April 8, 2022, is below:



A photograph of the double-wide mobile home, which was taken on April 8, 2022, is below:



2

## ATTACHMENT B-1

*Property to be seized*

The items to be seized pursuant to this warrant consist of objects, records, and other information that are contraband, fruits of a crime, or other items illegally possessed, property designed for use, intended for use, or used in committing a crime, or that relate to or constitute evidence and instrumentalities of violations of federal law, specifically, 26 U.S.C. § 5861(d) (possession of firearms not registered in the National Firearms Registration and Transfer Record); 26 U.S.C. § 5861(e) (unlawful transfer of firearms); 18 U.S.C. § 1715 (mailing firearms capable of being concealed on the person); 18 U.S.C. § 115(a)(1)(B) (threat against a federal law enforcement officer); and 18 U.S.C. § 875(c) (interstate threats to injure the person of another). (collectively referred to as the "Subject Offenses"), and specifically include the following:

1.      Computers (as defined below to include, among other things, cellular telephones). This warrant, however, does not authorize the seizure of any cellular telephone that is specifically on the person of any individual, unless that individual is either Dustin EWARD or Greg EWARD. A search of the contents of any computer seized is authorized without the requirement to obtain a separate warrant for the purpose of seizing any electronically stored records or information described below, or any of the contents of a computer indicating the user and/or owner of the computer. As described below, in executing a search of a cellular telephone seized

1

pursuant to this warrant, agents are further authorized to present Dustin EWARD's, iris, face, or fingerprints to the cellular telephone in an attempt to unlock the cellular telephone and any applications storing data on the cellular telephone.

2.      Evidence of who used, owned, or controlled any computer at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

3.      Evidence of software that would allow others to control any seized computer, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software, and evidence of the lack of such malicious software.

4.      Evidence indicating how and when any computer was accessed or used to determine the chronological context of access, use, and events relating to crime under investigation and to the user.

5.      Evidence of the attachment to any computer of other storage medium or similar containers for electronic evidence.

6.      Evidence of counter-forensic programs (and associated data) that are designed to eliminate data from any seized computer.

7.      Evidence of the times any seized computer was used.

2

8. Passwords, encryption keys, and other access devices that may be necessary to access any seized computer.

9. Documentation and manuals that may be necessary to access any seized computer or to conduct a forensic examination of any seized computer.

10. Records and information about Internet Protocol addresses used by any seized computer.

11. Records and information about any seized computer's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

12. Records and information about any social media, email, or other internet accounts that have been used on any seized computer, including content stored within any application contained on the device.

13. Storage medium that can be used to store records or information related to the ongoing illegal sale of firearms or communication of threats to injure the person of another.

14. Records or information concerning threats to injury the person of another.

15. Firearms, silencers, ammunition, firearm accessories, or materials that could be manufactured into firearms or silencers including but not limited to frames/receivers, upper assemblies, items classified under the National Firearms Act

3

(NFA), or materials used in furtherance of the manufacture, use, or otherwise completion of the aforementioned items.

16.     Photographs of firearms or silencers; documentation of the purchase, storage, possession, disposition, dominion and control of firearms or silencers, including paperwork and receipts.

17.     Records and information concerning firearms or silencers trafficking and the remittance of firearms or silencers sales proceeds, to include books, receipts, notes, ledgers, notebooks, computer spreadsheets, and other forms of pay/owe sheets, in whatever form.

18.     Proceeds from illicit transferring or manufacturing of firearms or silencers, including United States and foreign currency, cashiers' checks, money orders, cryptocurrency, and other financial instruments.

19.     Records and information concerning customers or other individuals to whom firearms or silencers may have been distributed.

20.     Records and information constituting or concerning correspondence among or between individuals that relate in any way to Dustin EWARD, or any other individuals purchasing, acquiring, selling, shipping, or transferring firearms or silencers.

21.     Records and information containing photographs and/or videos depicting illegal use and possession of firearms or silencers.

4

22.    Records, information, and items regarding (i) dominion and control over the PREMISES, (ii) the identity or known aliases of Dustin EWARD or Greg EWARD, or (iii) the existence or location of any storage areas or containers where evidence of violations of the Subject Offenses may be found.  Such records, information, and items would include personal identification documents, keys to the PREMISES or storage areas, documents and papers bearing names and addresses, rental receipts, lease agreements, mortgage records, utility bills, canceled mail, paycheck stubs or other employment records.

23.    Any machinery, tools, or instruments, or material that could be used to manufacture firearms or silencers.

24.    Materials and equipment that could be used to package firearms or silencers.

## DEFINITIONS

1.    As used above, the terms "records" and "information" includes all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

2.    The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical,

5

arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

3.      The term "storage medium" includes any physical object upon which computer data can be recorded.  Examples include hard disks, RAM, floppy disks, flash memory, CD-ROMs, and other magnetic or optical media.

## TIME PERIOD

All evidence is to be seized for the time period from July 2018, through the date of execution of the warrant, except that attribution evidence may be for any period of time through the date of the execution of the warrant.

## USE OF BIOMETRIC DATA TO UNLOCK CELLULAR TELEPHONES

1.      During the execution of the search, law enforcement personnel are specifically authorized to obtain from Dustin EWARD (but not any other individuals present at the PREMISES at the time of execution of the warrant) the compelled display of any physical biometric characteristics (such as fingerprint/thumbprint, facial characteristics, or iris display) necessary to unlock any cellular telephone(s) requiring such biometric access that are subject to seizure pursuant to this warrant for which law enforcement has reasonable suspicion that the aforementioned person's physical biometric characteristics will unlock the cellular telephone(s).

2.      While attempting to unlock the cellular telephone by use of the compelled display of biometric characteristics pursuant to this warrant, law

enforcement is not authorized to demand that the aforementioned person state or otherwise provide the password or identify the specific biometric characteristics (including the unique finger(s) or other physical features), that may be used to unlock or access the cellular telephone(s). Nor does the warrant authorize law enforcement to use the fact that the warrant allows law enforcement to obtain the display of any biometric characteristics to compel the aforementioned person(s) to state or otherwise provide that information. However, the voluntary disclosure of such information by the aforementioned person is permitted. To avoid confusion on that point, if agents in executing the warrant ask any of the aforementioned person for the password to any cellular telephone(s), or to identify which biometric characteristic (including the unique finger(s) or other physical features) unlocks any cellular telephone(s), the agents will not state or otherwise imply that the warrant requires the person to provide such information, and will make clear that providing any such information is voluntary and that the person is free to refuse the request.

3.      If Dustin EWARD refuses to allow law-enforcement agents to apply his biometric characteristics to any cellular telephone seized pursuant to this warrant in a manner consistent with this warrant, he will be ordered to appear before United States Magistrate Judge Patricia D. Barksdale in Jacksonville, Florida, to show cause why he should not be held in contempt for failing to comply with a valid court order.

7

**ATTACHMENT A-2**

Location to be Searched:

The location to be searched is the person of DUSTIN ALLEN EWARD, within the Middle District of Florida. According to the Driver and Vehicle Information Database (DAVID), EWARD is a Caucasian male born on ███████ 1977; his height is six feet, two inches tall. A photograph of EWARD, downloaded from DAVID, is below:



1

## ATTACHMENT B-2

*Property to Seized*

The items to be seized pursuant to this warrant consist of objects, records, and other information that are contraband, fruits of a crime, or other items illegally possessed, property designed for use, intended for use, or used in committing a crime, or that relate to or constitute evidence and instrumentalities of violations of federal law, specifically, 26 U.S.C. § 5861(d) (possession of firearms not registered in the National Firearms Registration and Transfer Record); 26 U.S.C. § 5861(e) (unlawful transfer of firearms); 18 U.S.C. § 1715 (mailing firearms capable of being concealed on the person); 18 U.S.C. § 115(a)(1)(B) (threat against a federal law enforcement officer); and 18 U.S.C. § 875(c) (interstate threats to injure the person of another).   (collectively referred to as the "Subject Offenses"), and specifically include the following:

1.    Computers (as defined below to include, among other things, cellular telephones).  A search of the contents of any computer seized is authorized without the requirement to obtain a separate warrant for the purpose of seizing any electronically stored records or information described below, or any of the contents of a computer indicating the user and/or owner of the computer.  As described below, in executing a search of a cellular telephone seized pursuant to this warrant, agents are further authorized to present Dustin EWARD's, iris, face, or fingerprints

1

to the cellular telephone in an attempt to unlock the cellular telephone and any applications storing data on the cellular telephone.

2.     Evidence of who used, owned, or controlled any computer at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chat," instant messaging logs, photographs, and correspondence;

3.     Evidence of software that would allow others to control any seized computer, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software, and evidence of the lack of such malicious software.

4.     Evidence indicating how and when any computer was accessed or used to determine the chronological context of access, use, and events relating to crime under investigation and to the user.

5.     Evidence of the attachment to any computer of other storage medium or similar containers for electronic evidence.

6.     Evidence of counter-forensic programs (and associated data) that are designed to eliminate data from any seized computer.

7.     Evidence of the times any seized computer was used.

8.     Passwords, encryption keys, and other access devices that may be necessary to access any seized computer.

2

9.      Records and information about Internet Protocol addresses used by any seized computer.

10.      Records and information about any seized computer's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses.

11.      Records and information about any social media, email, or other internet accounts that have been used on any seized computer, including content stored within any application contained on the device.

12.      Storage medium that can be used to store records or information related to the ongoing illegal sale of firearms or communication of threats to injure the person of another.

13.      Records or information concerning threats to injury the person of another.

14.      Firearms, silencers, ammunition, firearm accessories, or materials that could be manufactured into firearms or silencers including but not limited to frames/receivers, upper assemblies, items classified under the National Firearms Act (NFA), or materials used in furtherance of the manufacture, use, or otherwise completion of the aforementioned items.

15.     Photographs of firearms or silencers; documentation of the purchase, storage, possession, disposition, dominion and control of firearms or silencers, including paperwork and receipts.

16.     Records and information concerning firearms or silencers trafficking and the remittance of firearms or silencers sales proceeds, to include books, receipts, notes, ledgers, notebooks, computer spreadsheets, and other forms of pay/owe sheets, in whatever form.

17.     Proceeds from illicit transferring or manufacturing of firearms or silencers, including United States and foreign currency, cashiers' checks, money orders, cryptocurrency, and other financial instruments.

18.     Records and information concerning customers or other individuals to whom firearms or silencers may have been distributed.

19.     Records and information constituting or concerning correspondence among or between individuals that relate in any way to Dustin EWARD, or any other individuals purchasing, acquiring, selling, shipping, or transferring firearms or silencers.

20.     Records and information containing photographs and/or videos depicting illegal use and possession of firearms or silencers.

21.     Records, information, and items regarding (i) dominion and control over the PREMISES, (ii) the identity or known aliases of Dustin EWARD or Greg EWARD, or (iii) the existence or location of any storage areas or containers where

4

evidence of violations of the Subject Offenses may be found.  Such records,

information, and items would include personal identification documents, keys to the

PREMISES or storage areas, documents and papers bearing names and addresses,

rental receipts, lease agreements, mortgage records, utility bills, canceled mail,

paycheck stubs or other employment records.

## DEFINITIONS

1.     As used above, the terms "records" and "information" includes all

forms of creation or storage, including any form of computer or electronic storage

(such as hard disks or other media that can store data); any handmade form (such as

writing); any mechanical form (such as printing or typing); and any photographic

form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion

pictures, or photocopies).

2.     The term "computer" includes all types of electronic, magnetic, optical,

electrochemical, or other high speed data processing devices performing logical,

arithmetic, or storage functions, including desktop computers, notebook computers,

mobile phones, tablets, server computers, and network hardware.

3.     The term "storage medium" includes any physical object upon which

computer data can be recorded.  Examples include hard disks, RAM, floppy disks,

flash memory, CD-ROMs, and other magnetic or optical media.

5

## TIME PERIOD

All evidence is to be seized for the time period from July 2018, through the date of execution of the warrant, except that attribution evidence may be for any period of time through the date of the execution of the warrant.

## USE OF BIOMETRIC DATA TO UNLOCK CELLULAR TELEPHONES

1.      During the execution of the search, law enforcement personnel are specifically authorized to obtain from Dustin EWARD the compelled display of any physical biometric characteristics (such as fingerprint/thumbprint, facial characteristics, or iris display) necessary to unlock any cellular telephone(s) requiring such biometric access that are subject to seizure pursuant to this warrant for which law enforcement has reasonable suspicion that the aforementioned person's physical biometric characteristics will unlock the cellular telephone(s).

2.      While attempting to unlock the cellular telephone by use of the compelled display of biometric characteristics pursuant to this warrant, law enforcement is not authorized to demand that the aforementioned person state or otherwise provide the password or identify the specific biometric characteristics (including the unique finger(s) or other physical features), that may be used to unlock or access the cellular telephone(s).  Nor does the warrant authorize law enforcement to use the fact that the warrant allows law enforcement to obtain the display of any biometric characteristics to compel the aforementioned person(s) to state or otherwise provide that information.  However, the voluntary disclosure of such

6

information by the aforementioned person is permitted.  To avoid confusion on that

point, if agents in executing the warrant ask any of the aforementioned person for the

password to any cellular telephone(s), or to identify which biometric characteristic

(including the unique finger(s) or other physical features) unlocks any cellular

telephone(s), the agents will not state or otherwise imply that the warrant requires

the person to provide such information, and will make clear that providing any such

information is voluntary and that the person is free to refuse the request.

If Dustin EWARD refuses to allow law-enforcement agents to apply his

biometric characteristics to any cellular telephone seized pursuant to this warrant in a

manner consistent with this warrant, he will be ordered to appear before United

States Magistrate Judge Patricia D. Barksdale in Jacksonville, Florida, to show cause

why he should not be held in contempt for failing to comply with a valid court

orderAll of which constitute evidence of crime, contraband, fruits of a crime, other

items illegally possessed, and property designed for use, intended for use or used in

committing a crime, specifically violations of 18 U.S.C. 115(a)(1)(B), and 875(c), and

26 U.S.C. 5861(d)-(e).